Case 2:21-cv-03209-WB   Document 56   Filed 05/14/24   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTIAN FENICO, et al.,** | : | |
| *Plaintiffs* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA** | : | **No. 20-3336** |
| *Defendant* | : | |

_____

| | | |
|---|---|---|
| **MICHAEL MELVIN, et al.,** | : | |
| *Plaintiffs* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | **No. 21-3209** |
| *Defendants* | : | |

## O R D E R

**AND NOW**, this 14th day of May, 2024, upon consideration of the City of Philadelphia's Motion for Protective Order Forbidding Deposition of Former Mayor James Kenney (No. 20-3336, Doc. No. 49) (No. 21-3209, Doc. No. 52), the telephone conference held by Hon. Karen Spencer Marston on behalf of the Hon. Gene E. K. Pratter, on May 3, 2024, and *Fenico* Plaintiffs' Response (No. 20-3336, Doc. No. 54) withdrawing their Notice of Deposition for James Kenney at this time, it is hereby **ORDERED** that the Motion (No. 20-3336, Doc. No. 49) (No. 21-3209, Doc. No. 52) is **DENIED AS MOOT without prejudice.**

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ Karen Spencer Marston for*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**