PHL_00014035



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Page 1 of 29

Confidential

PHL_00014035

JA-476

PHL_00014036



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Confidential

PHL_00014036

**JA-477**

**HOME**    **ABOUT**    **DATABASE**    | **DONATE**



**Anthony Acquaviva** shared Red White Blue News's photo.    •••

November 17, 2015 · 🌐



Confidential

PHL_00008016

**Red White Blue News**
November 15, 2015 · 🌐

👍 Like Page

Confidential



Confidential

PHL_00008018

**HOME**     **ABOUT**     DATABASE     |     DONATE



**Anthony Acquaviva** shared Joseph Przepiorka's post.

November 17, 2015 · 🌐

• • •



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Page 26 of 29

Confidential

PHL_00008041

Case 2:21-cv-03209-WB   Document 64-3   Filed 08/12/24   Page 7 of 13

## HOME          ABOUT          DATABASE          DONATE



**Joseph Przepiorka**
November 17, 2015 · 🌐

An eye for an eye is all these people will ever understand.

↪ **Share**

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Page 27 of 29

Confidential

PHL_00008042

Case 2:21-cv-03209-WB   Document 64-3   Filed 06/12/24   Page 8 of 13

# HOME          ABOUT          DATABASE          | DONATE

November 17, 2015

An eye for an eye is all these people will ever understand.

↗ Share

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Confidential

# HOME          ABOUT          DATABASE | DONATE



**Anthony Acquaviva** shared Politically Incorrect And Proud Of It Too.'s photo.                    •••

November 19, 2015 · 🌐

# I saw her standing there and I told her she had three beautiful children. She didn't have to get all pissed off and threaten me. It was an honest mistake

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Page 21 of 29

Confidential

PHL_00008034

HOME     ABOUT     DATABASE     DONATE

I saw her standing there and I told her she had three beautiful children. She didn't have to get all pissed off and threaten me. It was an honest mistake.



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Confidential



**Politically Incorrect And Proud Of It Too.**

July 6, 2012 · ☀

🙂 (Tony)

👍 Like Page

↗ Share

Confidential

**HOME**      **ABOUT**      | DATABASE |      | **DONATE** |

 **Anthony Acquaviva** shared A Revolutionary Act's photo.      •••
November 19, 2015 · 🌐



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Confidential



**A Revolutionary Act**
October 7, 2015 · 🌐

~ Always Out Front ~
A Revolutionary Act

👍 Like Page

🔗 Share

👍 4

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Confidential