**HOME**          **ABOUT**          **DATABASE**          **DONATE**



**Anthony Acquaviva** shared The Right News's photo.

December 8, 2015 · 🌐

···



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Confidential

HOME          ABOUT          DATABASE                    DONATE



## The Right News

December 3, 2015 · 🌐

 Like Page

You KNOW he is...

This is THE video Obama does NOT want you to see:
CLICK HERE ►► http://i-bitly.com/the-video 

 Share

👍 4

Confidential

# HOME          ABOUT          DATABASE          | DONATE



**Anthony Acquaviva** shared ███████'s photo.

December 29, 2015 · 🌐

• • •

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Page 19 of 29

Confidential

PHL_00008031

Case 2:21-cv-03209-WB   Document 64-4   Filed 06/12/24   Page 4 of 14

HOME          ABOUT          DATABASE          DONATE

December 29, 2015 ·



It's said only 5-10% of muslims are extreamists

In 1940 only 7% of Germans were Nazis, how'd that go?

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Confidential



HOME    ABOUT    DATABASE    DONATE

were Nazis, now a that go?

whisper

▶ Christopher Hitchens Appreciation Society
December 27, 2015 · Plano, TX · 🌐

↪ Share

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT
Page 21 of 29

Confidential

PHL_00008033

**HOME**      **ABOUT**      **DATABASE**      **DONATE**



**Anthony Acquaviva** shared Ted Nugent's photo.

January 9, 2016 · 🌐

···

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Page 7 of 29

Confidential

PHL_00008013



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Confidential

Case 2:21-cv-03209-WB Document 64-4 Filed 08/12/24 Page 8 of 14



**HOME**  **ABOUT**  **DATABASE**  |  **DONATE**

**Ted Nugent**
September 4, 2015 · 🌐

Punks on parade. Profiling makes sense.

👍 **Like Page**

↪ Share

👍 2

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Confidential



# HOME    ABOUT    DATABASE    DONATE

**Anthony Acquaviva** shared Respecting our Military past and present's photo.

January 20, 2016 · 🌐

SHARE IF YOU THINK IT SHOULD BE LEGAL

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Confidential

Case 2:21-cv-03209-WB  Document 64-4  Filed 09/11/24  Page 10 of 14



**HOME**    **ABOUT**    **DATABASE**    **DONATE**

SHARE IF YOU THINK IT SHOULD BE LEGAL

TO THROAT PUNCH A CIVILIAN THAT SPITS ON A MAN IN UNIFORM

mematic.net

**Respecting our Military past and present**
January 20, 2016 · ☀

👍 Like Page

Never Disrespect Our Military
~Patton

➔ Share

👍 5

**Ray McGough** It's legal depending on who's writing the complaint or

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Page 17 of 29

Confidential

PHL_00008027



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Page 18 of 29

Confidential

PHL_00008028



HOME ABOUT DATABASE DONATE

**Anthony Acquaviva** shared Patriot Guy's photo.
February 1, 2016 ·

This is Kyle Tyrrell, an
Australian Veteran of Iraq.

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Page 4 of 29

Confidential

PHL_00008008

# calling her a "wife slut" and a "white whore". Like and share if Kyle should not be charged for defending his family.



**Patriot Guy**
January 28, 2016 · 🌐

 Like Page

Absolutely not !!
****UPDATED****
Some are Doubtful of this story so here is the link to the story
http://www.heraldsun.com.au/.../5dc4297357afc9280d7a6292487c2...

↗ Share

 5

Confidential
JA-502