**HOME**          **ABOUT**          **DATABASE**          **DONATE**



**Anthony Acquaviva** shared Political Correctness Gone Wild's photo.   •••

February 24, 2016 · 🌐



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Confidential

JA-503

Case 2:21-cv-03209-WB Document 64-5 Filed 08/12/24 Page 2 of 86

HOME          ABOUT          DATABASE          DONATE

February 24, 2016 · 🌐



Confidential

Case 2:21-cv-03209-WB Document 84-5 Filed 08/12/24 Page 3 of 86

# HOME     ABOUT     DATABASE     DONATE



**Political Correctness Gone Wild** is with ▮▮▮▮▮▮▮.
February 22, 2016 · ❄

#Thuggies

👍 Like Page

↷ Share

👍 2

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Acquaviva
Capture timestamp (UTC): Sat, 08 Jun 2019 14:41:32 GMT

Confidential

JA-505

## INTERNAL INVESTIGATION

### IAD #19-1077.81

Sgt. Gregory Morace #322

REVIEWED AND
APPROVED BY:

C.O., I.A.D. _____

DATE: _08-09-19_____

C.I., O.P.R. _____

DATE: _____12 AUGUST 19_____

PHL_00000170

# INDEX

**A. MEMORANDUM TO THE POLICE COMMISSIONER**

**B. COMPLAINT AGAINST POLICE FORMS**

White Paper                                    IAD# 19-1077

**C. INTERVIEWS**

P/O Kristine Amato #6900, Payroll #███████9th District, 5 Squad

**D. DOCUMENTS**

Facebook comments and/or posts                 33 pages
Plain View Project Database Post Data Screenshot   2 pages
Internet Search Results (screenshots)          2 pages
Notice of Removal from Street Duty
Reclamation of On-Duty Service Weapon

1

PHL_00000171

# MEMORANDUM

**POLICE
CITY OF PHILADELPHIA
DATE: 06-20-19**

**TO**        : Police Commissioner

**FROM**    : Commanding Officer, Internal Affairs Division

**SUBJECT**    : <u>**INTERNAL INVESTIGATION– IAD CASE # 19-1077.81**</u>

<u>**ALLEGATION**</u>

On Tuesday, 06-04-19, a confidential Internal Investigation was created as a result of information reported on www.theplainviewproject.org and www.injusticewatch.org websites, in reference to social media posts made by current and former members of the Philadelphia Police Department. IAD #19-1077.81 was issued.

**A check of the department database indicated that:**

**P/O Kristine Amato #6900, Payroll #** ▮▮▮▮▮▮ **ʰ District, was appointed to the Philadelphia Police Department on 01-08-90, and assigned to the 9ᵗʰ District on 06-09-14.**

On 06-10-19, Sgt. Gregory Morace #322, Internal Affairs Division, was assigned this investigation.

<u>**INVESTIGATIVE ANALYSIS**</u>

Upon review of the posts and/or comments provided in the Plain View Project database, it was alleged that P/O Amato was using a Facebook account with the user name of "Yo Stuff". The Facebook account with the user name "Yo Stuff" contained nineteen (19) total posts/comments that were contained on the website.

**P/O Kristine Amato #6900, Payroll #** ▮▮▮▮▮ **9ᵗʰ District,** was interviewed at Internal Affairs Headquarters on 06-13-19 and related the following in summary:

P/O Amato was shown and reviewed a package of thirty three (33) pages containing nineteen (19) posts/comments made under the Facebook user name "Yo Stuff". P/O Amato stated that the Facebook account with user name "Yo Stuff" was her account. P/O Amato stated that she made the nineteen (19) posts/comments that she reviewed.

P/O Amato stated she does not have other Facebook accounts, but has used the user name "Kristine Amato" for this Facebook account in the past. P/O Amato also stated she does not recall making any of the posts/comments while on duty, and has never noticed a Facebook post/comment attributed to her that she did not author. When asked if she has any other social media accounts, P/O Amato stated that she has an Instagram account under the user name "Hammerlicious" but she has not used the account in years.

Departmental records confirm that P/O Amato was previously disciplined for violations of the social media policy on one occasion.

On 11-07-17, an investigation alleging violations of the social media policy by P/O Amato was initiated under IAD #17-0566.  The investigation involved Facebook posts made by P/O Amato on 11-03-17.   None of the Facebook posts/comments attributed to P/O Amato on the Plain View Project database were included in this previous investigation, which resulted in P/O Amato receiving a one day suspension and is documented under PBI #18-0068 (01-18-18.)

The Plain View Project database attributed nineteen (19) posts and/or comments to P/O Amato.  Of the nineteen (19) posts/comments contained in the database, the assigned determined seventeen (17) of the posts/comments made by P/O Amato occurred before she was disciplined for violations of the social media policy under PBI #18-0068.

Two (2) of the posts/comments contained in the database occurred after P/O Amato was disciplined for violations of the social media policy under PBI #18-0068 (01-18-18.)  Those two (2) posts/comments were published on or after 06-06-18.  The two (2) posts/comments made by P/O Amato were comments on video from local news reports shared by another individual.  The assigned conducted an internet search for the news reports.  The first news report was found on www.youtube.com.  It was originally posted on 6abc.com on 06-06-18 and references a well know incident that occurred on 05-28-18.  The comment made by P/O Amato on this news report is on page one of the documents section.  The second news report, found on www.philadelphia.cbslocal.com, was originally posted on 07-03-18.  The comment made by P/O Amato on this news report is on page four of the documents section.

Some of the Facebook posts/comments identified by the Plain View Project and attributed to P/O Amato violated the Philadelphia Police Department's Social Media Policy in that they contained posts/comments that expressed discriminating or harassing behavior based on race, color, gender, religion, national origin, age, ancestry, sexual orientation, disability, or gender identity, or other content or communications that would not be acceptable in a City workplace under City or agency policy or practice.

The Facebook posts/comments contained in the Plain View Project database attributed to P/O Amato, screenshots of the Plain View Project database post data page, and screenshots captured from the internet search for the news reports are included in the documents section of this report.

**SUBMITTED BY:**

**Gregory Morace**
**Sergeant**              **#322**
**Internal Affairs Division**

**REVIEWED AND APPROVED BY:**

**Daniel Angelucci**
**Captain**               **#4**
**Internal Affairs Division**

2

## CONCLUSION

During the course of the investigation it was determined that a **Departmental Violation - PPD Directive Violation - 6.10** was **SUSTAINED** against **P/O Kristine Amato #6900, Payroll #**▮▮▮▮▮

P/O Amato stated the Facebook account listed under "Yo Stuff" is her Facebook account.  P/O Amato added that she made the Facebook comments and/or posts, however, she did not recall whether she was on or off-duty when they were made.  P/O Amato's posts/comments violated Directive 6.10.

Philadelphia Police Department Directive 6.10 states *"It is the policy of the Philadelphia Police Department that all existing laws, rules, regulations, and directives that govern on- and off-duty conduct are applicable to conduct associated with social media and networking."*  It further states, *"Employees are prohibited from using ethnic slurs, profanity, personal insults; material that is harassing, defamatory, fraudulent, or discriminatory, or other content or communications that would not be acceptable in a City workplace under City or agency policy or practice."*

During the course of the investigation, it was **SUSTAINED** that **P/O Kristine Amato #6900, Payroll** ▮▮▮▮▮ engaged in a Course of Conduct that indicates she has little or no regard for her responsibility as a member of the Philadelphia Police Department.

P/O Amato has previously been disciplined for violating the social media policy.  Though P/O Amato was previously disciplined and counseled in regard to her behavior on social media, she consciously chose to continue to engage in this course of conduct.

A copy of this investigation will be forwarded to the Commanding Officer, Police Board of Inquiry, for action.

**Deborah R. Francis**
**Staff Inspector**
**Internal Affairs Division**

3

PHL_00000174

**JA-510**

**Internal Investigation**

I.A.D. #19-1077
DATE PREPARED 6-4-19

Confidential Investigation as a result of information reported on www.plainviewproject.org and www.injusticewatch.org websites, in reference to social media posts made by current and former members of the Philadelphia Police Department.

Commanding Officer
Internal Affairs Division

To

JUN 10 2019

☐ Action and Reply
☐ Action and Report
☐ Action No Report
☐ Information & File
Suspense Date 10·8·19

PHL_00000175




STATEMENT OF:     P/O Kristine Amato #6900, Payroll █████
                       9th District, 5 Squad
                       Appointed 01-08-90, Assigned 06-09-14

DATE AND TIME:    06-13-19, 10:50 AM

PLACE:             Philadelphia Police Department
                       Internal Affairs Division
                       7790 Dungan Rd.

IN PRESENCE OF:   Scott Bradley, FOP
                       Danielle Nitti, Esq.

CONCERNING:      I.A.D. Investigation #19-1077.81

INTERVIEWED BY:   Sgt. Gregory Morace #322

RECORDED BY:     Sgt. Gregory Morace #322

I am Sgt. Gregory Morace #322, Internal Affairs, and I will be taking your statement. You are being interviewed in reference to information contained in the Plain View Project database. You have been identified as having posts and/or comments that were contained on the website.

Q. Did you have at least 72 hours notice of this interview, so that you had the opportunity to contact an attorney or representative from the Fraternal Order of Police (FOP)?
A. Yes.

Q. Are you represented by counsel or the FOP?
A. Yes.

Q. Have you had the opportunity to consult with your attorney or representative?
A. Yes.

Q. Are you ready to begin?
A. Yes.

You are reminded that failure to cooperate in a Departmental investigation is punishable by ten (10) days suspension to dismissal under Article 1- §008-10 of the Disciplinary Code.

You are reminded that lying or attempting to deceive regarding a material fact during the course of any Departmental investigation is punishable by ten (10) days to dismissal under Article 1-§009-10 of the Disciplinary Code.

P/O Kristine Amato #6900                            Date 6-13-19

 

Q. Do you understand?
A. Yes.

Q. Are you willing to cooperate?
A. Yes.

Q. I am showing you a package of thirty three (33) pages containing nineteen (19) Facebook posts and/or comments posted under the Facebook profile "Yo Stuff". Please examine each page and Facebook post/comment. Initial each page to indicate that you have reviewed the posts and/or comments on that page.

Q. Have you reviewed each page of the package I just gave to you?
A. Yes.

Q. Is the Facebook profile under "Yo Stuff" your Facebook account?
A. Yes.

Q. Did you post the nineteen (19) Facebook posts/comments made under your Facebook profile in the package I just showed you?
A. Yes.

Q. Were you on duty at the time you made any of the Facebook posts/comments you just reviewed?
A. I don't recall, but I don't think so.

Q. Are there any other Facebook profiles that you post under using a different name?
A. Yes, my name Kristine Amato was a screen name on the same Facebook account.

Q. Do you have a separate Facebook account with the screen name "Kristine Amato"?
A. No.

Q. Have you ever noticed a Facebook post and/or comment attributed to you that you did not make?
A. No.

Q. Do you have any other social media accounts, both presently or in the past?
A. I have Instagram, but I don't use it. I think I haven't used it in years.

Q. Do you know the screen names on your Instagram account?
A. I think it's "Hammerlicious."

Q. Is there anything else you would like to add at this time?
A. No.

P/O Kristine Amato #6900 _____   Date 6/13-19

PHL_00000177

This is an ongoing investigation being conducted by Internal Affairs. By orders of the Commanding Officer of Internal Affairs you are instructed not to speak to anyone other than your attorney or an FOP Representative about this investigation.

**STATEMENT CONCLUDED: 11:10 AM**

**I HAVE READ THE FOREGOING STATEMENT CONSISTING OF THREE ( 3 ) PAGE(S) AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

SIGNATURE: _Kristine Amato_

PRINT NAME: _KRISTINE Amato_

DIST/UNIT: _IA_

DATE & TIME: _6-13-19   1105 am_

P/O Kristine Amato #6900   _Kristine Amato_   Date _6-13-19_

PHL_00000178



6/5/2019

ab54e0bcb09a650f945b557bec16118e4be3... (517×1716)

Milord Jr Celce
June 6 at 10:05 AM ·

I guess GMA starting to have clown interventions weekly now

**NEW THIS MORNING**
**MOM PUNCHED BY OFFICER SPEAKS OUT**
VIOLENT BEACH ARREST CAUGHT ON CAMERA
RUNNING FOR FIFTH TERM AT AGE 84, ADVANCES TO GENERAL ELECTION   4 NEWS   NASHVILL
7:36  61°   GMA

6ABC.COM
**Phila. mother arrested on Wildwood beach speaks on 'GMA'**
The young Philadelphia mother who was accused of underage drinking and ...

22

15 Comments  1 Share

Like        Comment        Share

She doesn't do a good job advocating for herself at all lol. Se should've avoided this at all costs
Like · Reply · 4w

Yo Stuff Fuck them and that nasty cuntster
Like · Reply · 4w

"The young mother" you mean the young criminal who disobeyed the law.... stupidass ABC
Like · Reply · 4w

She sounds like such an idiot.
Like · Reply · 4w

I wonder what the 2016 incident was
Like · Reply · 4w

Burglary/ home invasion
Like · Reply · 4w

ohhh  now I see what she means she's not a bad person  she's a POS

6/5/2019



ab54e0bcb09a650f945b557bec16118e4be3...g (517×1716)

Reply · 3w

▇▇▇ ▇▇▇▇ Supposedly she was seen at CJC yesterday morning for a case she had

Like · Reply · 4w

▇▇▇▇ Probably probation violation!! 😄 😄 😄 😄

Like · Reply · 3w

▇▇▇▇ I like when they asked her if she didn't give the officers her name, because of her current probation  She's probably not supposed to leave the state too. Lol

Like · Reply · 4w

▇▇▇▇ we just need to get ▇▇▇▇▇ on there

Like · Reply · 4w

▇▇▇▇ I was thinking the same thing. They have become bottom feeders..

Like · Reply · 4w

▇▇▇▇ I was surprised they brought up get probation.

Like · Reply · 3w

▇▇▇▇ She wouldn't identify herself because she knew she was violating her probation. She'll be found guilty of minor charges then her probation officer will "drop" her again only this time it will be with a pen.

"Beat Arrest" is the new media term for the summer I guess.

Like · Reply · 3w

▇▇▇▇ She should make t-shirts and make some money:

1. I'm Beat Down Beach Mom TM

2. I went to Wildwood NJ and all I got was dropped. TM

3. Baby I don't spit...when I got sand in my mouth. TM

Idiot 😄

Like · Reply · 3w · Edited

PHL_00000180





6/5/2019

2b2386ff44cb831f23bef7069daa1fd082afb... (617×1742)

Reply · 1d

that's what I'm also asking

Like · Reply · 1d

smh

Like · Reply · 1d

Total bs ... what happened to the land of free

Like · Reply · 23h

you do know they been deporting illegal immigrants since Clinton and Obama and before that right?

Like · Reply · 23h

those people who got arrested today were not illegal immigrants 2nd this is a stolen land, everyone is immigrants but the natives American

Like · Reply · 23h

They must have smelled terrible

Like · Reply · 1d

Ctfu

Like · Reply · 1d

Yo Stuff All candidates for Temple Turbans

Like · Reply · 1d

First arrest made in years

Like · Reply · 1d

So!

Like · Reply · 1d

Welcome to the club

Like · Reply · 1h

PHL_00000182



6/5/2019

**Mark Palma**
January 19, 2012 · Philadelphia, PA

A bunch of little thugs jumped and beat the shit out of a 64 year old Vietnam vet on 5th st. What the fuck is wrong with these kids.

👍 6                                                          32 Comments

↱ Share

████████████ and you shot them dead right? just sayin'
7y                                                          👍 1

Bob Cobb Savages, if more people carried this problem would go away. The only solution is the gun
7y                                                          👍 1

████████████ ok....first offense...perhaps just a kneecap shot out.
7y

Bob Bannan I agree Jean. Shoot the bastards.
7y                                                          👍 1

████████████ Sorry you have to deal with this Mark. No doubt, you will see whatever justice we have left, work.....or NOT!!!
7y

████████████ Too many people are walking around with such hate, anger and intolerance in them it's frightening! All these beatings are Senseless crimes.
7y

Bob Auman MOTHER FUCKERS
7y

Mark Palma Nothing but savages and should be thrown in a wood chipper
7y                                                          👍 1

Larry L. Junior Feet first through the chipper, just sayin'
7y                                                          👍 3

John Colarette Its to bad this poor guy wasn't carring a weapon and smoked some of their asses.
7y                                                          👍 2

████████████ Start locking them and their parents up, this shit is crazy, that's y I wanna leave this city!!!

PHL_00000183

6/5/2019

b4459fbe88a5872e5bb9b86f686015b824440...g (500×2814)

7y

Mark, there are other ways, with ur way, some honest, lawabiding, hatdworking person would have to clean the wood chipper. How bout we just drop them all in big vats of acid, they completely dissolve. Every once in a while u filter the acid, and re use it, its even Eco-friendly.....

7y

Then one of them get shot by someone who is not taking this crap then mom is on tv crying my boy was a good boy waaaaaaaaaaa waaaaaaaa give me a f'in break parents where r u. Why dont u know where your kids lock the parents up too!!!!

7y

**Tom Grieco** Exactly, Lorna.....I got robbed during an undercover operation by two kids who turned out to not bet drug dealers but saw an opportunity so they punched me, took my money and threw me on the ground. I chased them and caught up to the first one who pretended he had a gun so I pulled mine but instead of shooting him I punched him....now I'm being sued for breaking his nose. Gotta love this country.

7y

**Tom Grieco** BTW...I retired 5 years ago...this happened 7+ years ago and still being sued.

7y

Wow something is wrong with this generation i feel for u tom,thats some bull. Why r these kids so voilent how would they feel if someone beat the crap put of their parents or grandparents would they b laughing then!!

7y

7y

Guess what, they will all get a slap in the wrist.

7y

**Mark Palma** Ya

7y

**Billy Phillips** I wish it was me I'd bust a cap in their ass quicker than shit !!!!

7y

**Mark Palma** Bill I don't leave home without a gun

7y

**Billy Phillips** For a while after I retired I didn't carry,but now I don't go anywhere without one !

PHL_00000184

**JA-520**

6/5/2019

b4459fbe88a5872e5bb9b86f685015b82444d...g (500×2814)

7y



Brian Mac These little animals need the living shit beat out of them. They have no respect for themselves, let alone anyone else. Just to beat someone like that, because it is just something to do. How about someone shoot their fucking ass and see how funny it is, but, god forbid you fight back and have mommy saying they beat the poor little kid for no good reason. He is a good boy, he has only been kicked out of three different schools and been locked up 5 times. How about you raise your fucking kids the right way. My rant is over, sorry

7y

Yo Stuff punk ass bitches are always tough in **packs**!!!

7y

send them my way

7y

its sad to have this happen to anyone. The little shit stains would not last a day in a real battle.

7y

they came to my house with guns,i can the pd

7y

last year i caught a big punk breaking **mirrors** here in mamayunk

7y

Jerry Daley F**kin' punks would be crying like babies if they had to fight a fair one.

7y

Tom Grieco Yeah, my gun is like American Express....."Don't leave home without it!"

7y

there is a lot of punks and drunks in manayunk,someone contact me if they can help.

7y

Pathetic!!!!!!!!!

7y

PHL_00000185

6/5/2019                    267be2d134319701994a53bac3fbfce79220...g (518×426)



Eddie Paz
April 24, 2013 · Philadelphia, PA · 👤

Just saw a mumia supporter downtown with a free mumia flag. Got to tell the asshole that the murderer is gonna burn in hell. Always wanted to do that.... needless to say he was offended by my gesture.

↪ Share

👍 83

View 1 more comment

fuck them ed.
4y

Yo Stuff fuck them lowlife pieces of shit!!!
4y

MotherFucKMumiaMotherFucker !
4y   See Translation

PHL_00000186

**JA-522**



PHL_00000187

**JA-523**

6/5/2019

4949553e4e75a9527f60f1e488b967a98dc...9 (518×1087)

They live in lower merinion, over privileged punk ass wanna be thugs. They probably jumped in their Saab and got a latte after.

4y   Like

https://storage.googleapis.com/copipca/4040552c4c75...9f607f60f14483467a

PHL_00000188

JA-524



6/5/2019     8d7f09b3570faa27005f4b6328bdade25b28...g (517×1175)

**Daniel Mike** shared Que Viva España's video.
December 1, 2015 ·

**Que Viva España** added a new video · Refugiados rechazan comida porque lleva la cruz de la Cruz Roja.
September 22, 2015 ·

👍 **Like Page**

Refugees reject food because it carries the cross of the red cross. If they do not want to adapt, let them go back to their countries.

STOP ISLAM

Share if you are outraged that they want to impose their beliefs

⚙ See original · Rate this translation

↪ **Share**

6

**Michael Anthony** Maybe we should put big red Fucking crosses on our welfare cards too! Animals not welcome
2y

**Daniel Mike** trump will erect cross fences !
2y

**Michael Anthony** Fuck these terrorist. They absolutely ravaged Greece
2y

**Chris Joseph** Good, let them starve to death. I hate every last one of them.
2y · Edited

Soon there will be a shortage on red spray paint and wooden stakes.

PHL_00000189

**JA-525**



6/5/2019                              8d7f09b35704aa27005f1b6328bdade25b28          g (517×1175)

Can't say we didn't try.
2y

Brian McBride Fuckem
2y

Yo Stuff Send these ungrateful fucks back .... Fuck them!  1
2y

PHL_00000190

JA-526



af0863d0b7b5ad575c9827c2d91412d15491... ...jg (518×686)



**John J. Doran**
March 24, 2017 ·

Good Job Tulsa PD



BLUELIVESMATTER.BLUE

VIDEO: Tulsa Officer Uses Car To Run Down Armed Suspect

Tulsa, OK - Tulsa Police Department has released dashcam video (below) of...

  👍 Like      💬 Comment      ➦ Share

 10



Yo Stuff Awesome.. hopefully the wheels went over her scumbag ass

Like · Reply · 1y

OH MAN... I SEE THE LIBERALS CRYING THAT
WAS TO MUCH FORCE...HE SHOULD HAVE NOT RUN HER
OVER.. GOOD HOPE BOTH FRONT AND REAR TIRES
SQUASH HER HEAD...

Like · Reply · 1y      👍 1

PHL_00000191

6/5/2019

f434efcd84e7d9f2ca48a8e36489dc6dc994... (517×3785)



Mark Palma shared ▮▮▮▮▮ live video
August 24, 2017 ·

At the murderer of David Jones house officer Ryan Pownall of the 15TH district
#Justice4DavidJones
#NO #JUSTICE AND #PEACE

👍 Like          💬 Comment          ↪ Share

😊👍😮  33

Mark Palma something must be done with this scum
Like · Reply · 30w

▮▮▮▮▮▮▮▮▮  Where is this Mark?
Like · Reply · 30w · Edited

Mark Palma far northeast
Like · Reply · 30w

Mark Palma thoughts so looks like

6/5/2019



f434efcd84e7d9f2ca48a8e36489dc6dc994           (1517×3785)

near me. Bustleton Somerton

Like · Reply · 30w

▓▓▓▓▓▓▓▓▓▓ What is going just tuning in

Like · Reply · 30w

▓▓▓▓▓▓ WTF is this about????

Like · Reply · 30w

▓▓▓▓▓ WTF is this about????

Like · Reply · 30w

▓▓▓▓▓▓ This is the exact reason why Ramsey should never
have agreed to release the names of officers involved in shootings
and why Commissioner Ross should immediately change that
policy.

Like · Reply · 30w

Mark Palma Its going to get someone hurt, now these
fuckheads are at the cops house .

Like · Reply · 30w

Veronica Valentino Mark Palma can U tell me what's going on
I'm just seeing this quick update

Like · Reply · 30w · Edited

▓▓▓▓▓▓ Exactly. Who the hell do these scumbags think
they are? I'll bet every single one of them has a PPN. Pieces of
shit.

Like · Reply · 30w

Mark Palma What is the law department say about this???

Like · Reply · 30w

Yo Stuff That neighborhood should've came out to face those
savages

Like · Reply · 30w

Yo Stuff What are we going to do about this John McNesby

Like · Reply · 30w

▓▓▓▓▓▓ A Philly cop, who's name was released,
encountered a suspect during a stop who had a fully loaded gun in his
waistband. He went to reach for it and the PO, who was clearly in
imminent danger, shot the suspect. Now these assholes are at the
cop's house "protesting"

Like · Reply · 30w

Veronica Valentino Thank you

Like · Reply · 30w

Thomas DiFlorio Somebody please shoot this idiot in the nuts
with a bean bag like they did in Phoenix

PHL_00000193

6/5/2019



f434efcd84e7d9f2ca48a8e36489dc6dc994... (517-3785)

Like  Reply  30w

Yo Stuff THIS HAS TO STOP!!!.WHAT ARE WE GONNA DO ABOUT THIS??? NO ONE IS STOPPING THIS. THEY ARE ALLOWING THIS. WE NEED TO GET TOGETHER AND PROTECT ONE ANOTHER. WE NEED TO START FIGHTING BACK SOON!!!!!!!

Like  Reply  30w

Graziano Iezzi It's going to get ugly. Those neighbors are not going to tolerate it. Let's close our eyes. Right !

Like  Reply  30w

I am so sick I feel like throwing up. I literally cried watching it!

Like  Reply  30w

So now you guys can't even go the hell home? Goddamnit, this shit has to stop. I do know one thing for sure, if that were the old man they were screaming about, it would get quiet real quick when the big gun got pointed at them. and that trigger would get squeezed. Who the hell gave the right to protest at this poor cop's house?

Like  Reply  30w

No way should they be allowed to know where a police office lives. And the language in a residential area. If I lived there, I'd be hosing those scum bags down.

Like  Reply  30w

They are animals

Like  Reply  30w

Gayle Ann

Like  Reply  30w

Gayle Ann He's out of control!

Like  Reply  30w

Gayle Ann I hate this fuck!!!!

Like  Reply  30w

Like  Reply  30w

Smh

Like  Reply  30w

Scumbags

Like  Reply  30w

That just sent my blood pressure up.

PHL_00000194

6/5/2019

f434efcd84e7d9f2ca48a8e36489dc6dc994... (517×3785)

Like Reply 30w

Joe Kovach Disgrace. I can't watch this any longer, I can't believe that this is going on at all let alone this long.

Like Reply 30w

Do you think if Mayor Rizzo would let this go on.

Like Reply 30w

Like Reply 30w

John Colarette I see that the school teacher John Sheerin was there. He was real quite, didn't offer to kick any Officers ass. Could it be because there were no metal barricades between him and the Police ?? Lol

Like Reply 30w

Mark Palma He's a punk

Like Reply 30w

Michael J Walton I have a baseball bat and a beach chair with an umbrella........ I'll even bring a six-pack..............we can work in shifts sitting on the lawn.........."BRING IT ON"...........

Like Reply 30w

Larry Aitken If anyone knows the officer's address , send me a Facebook message. I'm going over today if they're coming back.

Like Reply 30w

Enough!



THEIR DUTY IS TO PROTECT THE STREETS MY DUTY IS TO SUPPORT THEM POLICE

Like Reply 30w

PHL_00000195

6/5/2019



cfe507828890ebf08aaec5a724298a4888ce63b...  916×6743)

**Mark Palma**
August 17, 2017 · 

# Frank was vandalized tonight

👍 Like          💬 Comment          ➦ Share

👍❤️ 43

It's really sad to see that Mark
Like   Reply · 31w

I'm not SURPRISED...smh
Like · Reply · 31w

How he got 24hr protection
Like · Reply · 31w

Pulled it
Like · Reply · 31w

Most likely it was pulled by Kenney
Like · Reply · 31w

that's exactly who did it... pulled the detail last night
Like · Reply · 31w

There has to be cameras all around there aren't there.. 😔
Like · Reply · 31w

There is a video of it happening
Like · Reply · 31w

6/5/2019



cfe507828890ebf08aaec5a724298a4888ce63b▮▮▮516×6743)

https://www.facebook.com/dennis.../posts/10155474172349627

Like · Reply · 31w

██████████████████ 10 to 1 they were not working.

Like · Reply · 31w

████████████████████ I can see that being
the case Thom, a big ole "coincidence" though I think this video
should suffice

Like · Reply · 31w

███████ This is so sad

Like · Reply · 31w

███████ They have a tag

Like · Reply · 31w

████████ No looks like the guy walks right up and goes
to work and walks off

Like · Reply · 31w

Frank Cellucci Bring l officer and a K9 problem solved

Like · Reply · 31w

██████████
https://mobile.twitter.com/.../898379514241220610/video/1

Twitter

TWITTER.COM

Like · Reply · 31w

████████ The video of him doing it

Like · Reply · 31w

████████ Sure was busy when that was going
on. Everyone just walking by without a care in the world.

Like · Reply · 31w

████████ Went by there at noon today there
were metal barricades & 6 bike officers on location I wonder who pulled
the detail?

Like · Reply · 31w

Mark Palma Who do you think

Like · Reply · 31w

████████ Bikes were told not to be seen guarding the
statue. They had the bikes go out of sight and told to respond if
called for only. But before that order, there were plenty of bikes
detailed to guard it tonight

https://storage.googleapis.com/resinsa/cfe507828890ebf08aaec5a724298a4888ce63b...

PHL_00000197

6/5/2019



cfe507828890ebf08aaec5a724298a4888ce63b (516×6743)

Like · Reply · 31w

Hector I know our people were there during the day what kind of command decision was that to hide & only respond if called the bosses should have to clean up this mess.

Like · Reply · 31w

That sounds like the orders that are given for the mayor's detail at the Chocolate Factory.

Like · Reply · 31w

Correction. This happened after we were done. But the part about not wanted to be seen guarding the statue was true along with the barricades being taken.

Like · Reply · 31w

Now! To keep it safe it will have to be moved! What a joke

Like · Reply · 31w

Fucking losers

Like · Reply · 31w

Wanna bet if there were security cameras around the MSB they were not working.

Like · Reply · 31w

Mark Palma They have a tag

Like · Reply · 31w

For real !

Like · Reply · 31w

Channel 29 Fox... filmed the perp and call police...

Like · Reply · 31w

It's up further in comments

Like · Reply · 31w

just saw the link... I have it Live on my page... thanks

Like · Reply · 31w · Edited

Ugh I hope he's dealt with

Like · Reply · 31w

From what it says that should be a hate crime and they should be charged for a hate crime.

Like · Reply · 31w

PHL_00000198

**JA-534**

6/5/2019



cfe507828890ebf08aaec5a724298a4888ce63b█████616×6743)

▮▮▮▮ Now you know that will never happen in this city

Like · Reply · 31w

▮▮▮▮ not with this DAs office. It is institutional vandalism.

Like · Reply · 31w

▮▮▮▮ They should put that statue inside of pdu

Like · Reply · 31w

Yo Stuff Frank should go up outside the FOP 👍👍👍👍👍

Like · Reply · 31w

▮▮▮▮ Rocky is next Mark Palma remember he beat up 2 black men in his movies 🎥😐😐😐😐😐😐😐 👍👍👍 copy cat bs

Like · Reply · 31w

Mark Palma Oh Dam lets smoke a cigar

Like · Reply · 31w

▮▮▮▮ Mark Palma smoking 1 now bro

Like · Reply · 31w

▮▮▮▮ Shit got our city looking like a Dump

Like · Reply · 31w

▮▮▮▮ is a good guy, text me and helping. I'm putting in comp!

Like · Reply 31w

▮▮▮▮ They want a war. Time to call the Gambinos in. That's it. F ers

Like · Reply · 31w

▮▮▮▮ 😊😊😊

Like · Reply · 31w

▮▮▮▮ Black power my ass. Fuck that shit.

Like · Reply · 31w

▮▮▮▮ ▮▮▮ shit looks like a scene outta Escape from NY 🎥

Like · Reply · 31w

▮▮▮▮ Yea well I got news for you. If this was back in the days when south philly was king. These assholes would be found in a ditch with their legs broken

Like · Reply · 31w

ttps://storage.googleapis.com/resipsa/cfe507828890ebf08aaec5a724298a4888ce63bd.png

PHL_00000199

**JA-535**

6/5/2019



cfe507828890ebf08aaec5a721298a4888cef▮▮ (516×6743)

██████ ██████ yes but truth is people just wanna protest anything bc they have nothing else to do a this social media shit is crazy if they had a problem wth Rizza statue why didn't they do that 19 years ago my gmom loved him we from S Philly

Like  Reply  31w

██████ Ernie. This new generation is a disgrace. Mentored by the far left dark govt

Like  Reply  31w

██████ ██████ I fully agree it's the skinny jeans

Like  Reply  31w

██████ ██████ yeah my dad worked for him and loved the guy!!

Like  Reply  31w

Like  Reply  31w

██████ .ucking disgrace!!!

Like  Reply  31w

██████ Isn't there police there watching frank

Like  Reply  31w

██████ It's pay day they left smh

Like  Reply  31w

Yo Stuff ██████ ain't that a fucking joke...... that spineless coward that we have as a mayor pulled that detail last night South Philly must be really proud of him now

Like  Reply  31w

██████ NO!! I'm told. I'm awake with this job now. Will be successful conclusion.

Like  Reply  31w

PHL_00000200



6/5/2019

cfe507828890ebf08aaec5a724298a4888c...9 (516×6743)

w Time ????

Like  Reply  31w

Judith Dunne Welcome to Baltimore...shhhh I mean Philthydelphia!

Like  Reply  31w

I saw this on the news this morning, it's disgraceful that someone would do this, I hope they are in camera and get arrested.

Like  Reply  31w

What a disgrace this city and country has become...

Like  Reply  31w  Edited

Your right Donna, it's getting down right scary, we need to get control of all this soon before it's way to late.

Like  Reply  31w

I'll never understand!

Like  Reply  31w

How could our department have allowed this to happen?

Like  Reply  31w

This kept me up all night!

Like  Reply  31w

Yo Stuff That ball-less asshole mayor called off the detail last night.. ain't he special 😡😡😡😡

Like  Reply  31w

It's his excuse to move it the pussy. No one has any balls in this city. Frankly, Ross should have said no.

Like  Reply  31w

Yo Stuff I would've bet money on Ross saying it stays

Like  Reply  31w

Kristine Gillespie-Amato-he called off the detail last night, maybe he did it!

Like  Reply  31w

Yo Stuff They have the animal that did it!

Like  Reply  31w

Want to see what charges the DA's office approved. It should be institutional vandalism which is a higher charge than regular vandalism. Vandalism does go by dollar amount and because it was cleaned up is a problem. However with institutional vandalism I believe it

PHL_00000201





6/5/2019

2e6897f4e2c84626e2ed044180151c4dd2f7... (516×3810)

**Mark Palma**
August 28, 2017

## Good job Central Detectives. The loud mouth school teacher took a pinch

👍 Like     💬 Comment     ↗ Share

😊👍 233

5 Shares

**Eddie Thompson** Love it
Like · Reply · 30w

Locked up?
Like · Reply · 30w

For what
Like · Reply · 30w

**Shaun Keegan** Good
Like · Reply · 30w

Now he'll get fired that pos
Like · Reply · 30w

I wish I could confidently say he
will...but...our union will fight for him.
Like · Reply · 30w

An arrest warrants termination
Like · Reply · 30w

I'd hope, but you know how it goes. You
work for them. This dude has been in trouble before. Hopefully
progressive discipline can be put into place.
Like · Reply · 30w

And I know people that have been
arrested...still in the classroom, much to my dismay.
Like · Reply · 30w

(When or if this goes to trial) Terroristic threats
and I don't know what else they got him on but he will do at
least a year, possibly more depending on other charges
and what ever the fine. But misdemeanor (if every class as
misdemeanor) terroristic... See More
Like · Reply · 30w

PHL_00000203

6/5/2019



2e6897f4e2c84626e2ed044180151c4dd2f7...

There has to be a conviction. Can't be a summary

Like · Reply · 30w

absolutely, I just didn't hear all the particulars to say anything for sure... I would rather he rotted in there along with all his cronies...

Like · Reply · 30w · Edited

Mark Palma ___ video

Like · Reply · 30w

___ Outstanding!!!! That's what he gets for making terroristic threats!

Like · Reply · 30w

___ How? When? Where?

Like · Reply · 30w

Tom Blackburn Good job

Like · Reply · 30w

Robert Haberle That's awesome! Haha

Like · Reply · 30w

___ Fabulous! I'm sure he cried too. Wuss.

Like · Reply · 30w

He he, his fake BLM buddies weren't there.

Like · Reply · 30w

I hope those louses are next in line.

Like · Reply · 30w

LMBO, louses. You are way too kind.

Like · Reply · 30w

I'm tired...if I were more awake I'd be brutal! Lock all their good for nothing asses up.

Like · Reply · 30w

Yo Stuff The tide might just be turning

Like · Reply · 30w

Neal Aitken Your mouth to.......God's ear.

Like · Reply · 30w

Denny Clair Great job boys!!!

Like · Reply · 30w

PHL_00000204

6/5/2019

2e6897f4e2c84626e2e044180151c4dd2f7 (516+3810)

Like Reply 30w



Ian Hans Lichterman

Like Reply 30w

Mark Palma Go home and get your shine box

Like Reply 30w

Juan Ramirez Bubba is waiting for his ass. Lol

Like Reply 30w

John Thomas Absolutely outstanding news!!!

Like Reply 30w

Timothy P Coleman

Like Reply 30w

John Connors Nice.... Tastes better than hot dogs Palma!!

Like Reply 30w

Mark Palma Lol

Like Reply 30w

Tom Kurowski If I was turnkey he would have hanged himself

Like Reply 30w

Juan Ramirez Man after my own heart. Lol

Like Reply 30w

That's Awesome !

Like Reply 30w

Great job. He should have been fired

Like Reply 30w

PHL_00000205

**JA-541**

6/5/2019

2e6897f4e2c84626e2ed04:180151c4dd2f7...g (516-3810)



Joe ... Good news, I like it.

Like · Reply · ...

Juan Ramirez Now, the same thing to Kalif. One by one. Bring these POS to justice. And definitely Soros and Pinnochio.

Like · Reply · ...

Mark Palma Juan you can drive the wagon

Like · Reply · 30w

Brian Mac If only Juan was the turn key when they brought him in. That I would pay to watch.

Like · Reply · 30w

Juan Ramirez He would be crying but because of pain. His jaw would be the first thing that would hurt. I for one would teach him respect for the Police.

Like · Reply · 30w

Thomas F Gill I heard he was crying like a baby

Like · Reply · 30w

I hope so, and that there is video of that!

Like · Reply · 30w

Anthony Buchanico Hollywood East- never a doubt

Like · Reply · 30w

Anibal Vernacchio It's about time !

Like · Reply · 30w

Efrain Rios

Like · Reply · 30w

Like · Reply · 30w

I feel so out of touch, living in NJ....I have no idea what the post is about...

Like · Reply · 30w

So now what is the School District gonna do about this asshole????????????? Probably give him a raise.

Like · Reply · 30w

https://storage.googleapis.com/.../...

6/5/2019



9d8e5d2d3f05e7923a724ac0b15167e1248c...g (517×2025)

Joseph Przepiorka shared a link.
October 20, 2017

PHILLY.COM
**YouTube fight video shows what not to do when the cops come |
Jenice Armstrong**

👎 👍 😮 8                                                    14 Comments

👍 Like                                    ↗ Share

Mike Joe Vass The writer never stated that the defendent was
physically assaulting the police while on ground she was punching and
kicking the cop. Another attempt to make police look racist when here
we go again Comply Listen Folliw directions. Blacks just seem not to
listen to police they have violent tendencies like jungle animals

Like  37w

Yo Stuff She's a racist reporter... plain and simple ... she not only took
a swing at the cop but also continued to resist and strike the officer...

Like  37w

▇▇▇▇▇           They deserve everything they got plus see this is
truly what good people and police have to deal w today it's incredible

Like  37w

▇▇▇▇▇  Nj has proprietary jurisdiction for business owners, PA
doesn't?

Like  37w

▇▇▇▇▇         The reporter is, as usual, a racist pig. The women are,
as usual, filthy animal bitches. The officer is, as usual totally correct.
Max Kramer is, as usual a great guy and a good attorney. He's doing
his job. He won't be successful, but he's doing his job.
The animals are on video. Just like at the zoo. Guilty pleas will come.
The animals will remain lawless as a group. The police will remain
correct as usual and Max Kramer will continue to earn good money as

PHL_00000207

**JA-543**

6/5/2019



9d8e5d2d3f35e7923a724ac0b15167e1248... g (517×2025)

a zoo keeper.
Those people will never change. They'll always be animals

Like · 37w

Gotta love all the animal asshole commentators, all that and the only thing that comes out of their mouths is they banged her head on the floor. #exterminatelivesmatter

Like · 35w

Mike Joe Vass Yes Ted isn't that the truth and we know first hand. We were zoo keepers for many years but and I say but back in the day when the BOOTS showed up the animals seem to understand pretty well. Ted do u think maybe they don't speak English? Or maybe it's the BOOTS aaaah yes Boot terminology 101

Like · 37w

Mike Joe Vass My boots still fit !!!! Right up some body's ass

Like · 37w

That's a nasty mental image haha

Like · 37w

We did okay in our day.

Like · 36w

Mike Joe Vass Ha yep

Like · 35w



Like · 37w

PHL_00000208

**JA-544**

6/5/2019

9d8e5d2d3f35a7923a724ac0b15167e1248f...g (517×2025)

Lol

Like  37w

PHL_00000209

6/5/2019



c9706b0bbfff906286f8cd9808634f632733af4... (17×1325)

Fred Ryan shared a link
April 18, 2017 · Shared via AddThis · ⊕

BREITBART.COM | BY BEN KEW
Actor Mandy Patinkin: Maybe 'White Men in Military and Government' are the 'Bad Guys,' Not Muslims

👍 Like      💬 Comment      ↗ Share

😆👍 5

5 Shares

Dennis Veale It's a shame I really liked him on Criminal Minds. Now I'm glad they took him off the show when they found him dead. Think maybe senility is catching up with him.
Like · Reply · 49w

███████ Liberal self loathing Jew asshole!
Like · Reply · 49w

Yo Stuff Well he's a man and his name is Mandy.. sooooooo fuck him
Like · Reply · 49w

████████ I'd rather not.
Like · Reply · 49w

████ He is a method actor practicing for the part of being an asshole.
Like · Reply · 49w

Yo Stuff He got the part then
Like · Reply · 49w

███████ The bastard obviously never Served!!!!!!!

https://storage.googleapis.com/resinsa/c9706b0bbfff906286f8cd9808634f632733af4...

PHL_00000210

6/5/2019



c9706b0bbfff906286f8cd9808634f632733af46 ... 7×1325)

Like · R... ... · 49w

███████ Another Hollywood douchebag! Just sayin

Like · Reply · 49w

Jim Kelly Maybe you should go suck a Muslim off

Like · Reply · 49w

███████ Didn't he leave a TV show because of psychological issues?

Like · Reply · 49w

███████ Another wacko that is out of his mind but most Americans worship these idiots.

Like · Reply · 49w

███████ So fucking blind

Like · Reply · 48w

https://storage.googleapis.com/resipsa/c9706b0bbfff906286f8cd9808634f632733af46.png





PHL_00000213



**NEW THIS MORNING** 7:36 61°
**MOM PUNCHED BY OFFICER SPEAKS OUT** GMA
VIOLENT BEACH ARREST CAUGHT ON CAMERA

Play (k)

NNING FOR FIFTH TERM AT AGE 84, ADVANCES TO GENERAL ELECTION   NEWS   NASHVILLE GY

▶  ▶▎ 🔊  5:25 / 6:00

## Woman punched by police officer in Wildwood beach arrest speaks on 'Good Morning America'



**6abc Philadelphia**

 ▶ Subscribe  18K

19,509 view

 ＋ Add to   ➤ Share   • • • More

👍 110  👎 16

Published on Jun 6, 2018
Philadelphia mother Emily Weinman, who was arrested on Wildwood beach, speaks on 'Good Morning America' on June 6, 2018.

PHL_00000214

## Protests Turn Violent As Demonstrators Arrested In Front ... - CBS Philly
https://philadelphia.cbslocal.com/.../3893072-protests-turn-violent-as-demonstrators-arre...



Jul 3, 2018

**Protests Turn Violent As Demonstrators Arrested In Front Of Philadelphia ICE Building** ... Medics On Scene Of ...

PHL_00000215

# INTERNAL AFFAIRS NOTICE OF
# REMOVAL FROM STREET DUTY

As per the Orders of the Police Commissioner or his designee, you are being removed from street duty due to an on-going Internal Affairs investigation. This restriction will remain in effect until further notice.

☒ If this box is checked, you are also prohibited from taking police action on or off duty and/or carrying a firearm or electronic control weapon on or off duty.*

Effective: 6-7-19  you will be assigned to: 9th

Reason For Removal:   INTERNAL INVESTIGATION

| KRISTINE AMATO | 6900 | |
| NAME | BADGE # | PAYROLL # |
| *Kristine Amato* | 6-7-19 | |
| Employee *(Signature)* | Date | |

| CapNah #13 | 9th |
| Commanding Officer *(Signature)* | District/Unit |

Captain  ANGELUCCI  from Internal Affairs notified the above employee and his/her Commanding Officer of this duty restriction on  6-7-19.

IA CASE# _____

*Note: The above employee's Commanding Officer is responsible for reclaiming the officer's service weapons and preparing the NOTICE OF DUTY RESTRICTIONS AND RECLAMATION OF ON-DUTY SERVICE WEAPONS.

## NOTICE OF DUTY RESTRICTIONS
## AND/OR
## RECLAMATION OF ON-DUTY SERVICE WEAPON

As per the Orders of the Police Commissioner or his designee, you are prohibited from taking police action on or off duty and/or carrying a firearm on or off duty.

These restrictions will remain in effect until further notice.

**Effective Date:**

_____
**Employee Surrendering Firearm**
*(Signature)*

Sgt Hanton #8650
_____
**Witness**
*(Signature)*

Cap Hill #3
_____
**Commanding Officer**
*(Signature)*

9-4-19
_____
**District/Unit**

### Surrendered Firearm Information

City Owned ☒     ECW ☐     Duty Firearm – Privately Owned/Not Surrendered ☐

Firearm/Make  S+ Weson
Model  357
Serial Number  BES 9201
Owner  City
Date  6-7-19
Time  940 BM
Reason  Internal investigation

ECW/Make
ECW/Model   N/A
ECW/Serial #

☐ Chief Inspector/Deputy Commissioner Orders
☐ Suspension
☐ MPO Expired
☐ Demotion
☐ PFA Order
☐ Termination
☒ Internal Affairs Determination
☐ Leave of Absence/Temporary Separation

**Firearms Training Unit (signature)** _____ 2209

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| CHRISTIAN FENICO, et al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 2:20-cv-03336-GEKP |
| CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

**DEFENDANT CITY OF PHILADELPHIA'S OBJECTIONS AND RESPONSES TO
PLAINTIFF KRISTINE AMATO'S INTERROGATORIES**

---

Defendant City of Philadelphia (the "City") objects and responds to Plaintiff Kristine Amato's Interrogatories as follows:

## PRELIMINARY STATEMENT

The City has not yet completed its investigation of the facts relating to this action and has not yet completed its preparation for trial. The City reserves its right to supplement these responses pursuant to the applicable Federal Rules of Civil Procedure and Local Rules.

The City objects to Plaintiffs' definitions and instructions to the extent that they seek to impose requirements exceeding those in the applicable Federal Rules of Civil Procedure and Local Rules.

Plaintiffs have served twelve (12) sets of interrogatories, each comprised of twenty (20) separate questions, for a total of 240 interrogatories. Rule 33 of the Federal Rules of Civil Procedure provides that "a party may serve on any other party no more than 25 written

Action.  The City further objects to this interrogatory as over broad, unduly burdensome and oppressive because it is unlimited as to time.

**ANSWER**:  Subject to the foregoing objections, see the July 2014 Disciplinary Code, which is part of the collective bargaining agreement between the City of Philadelphia and Fraternal Order of Police Lodge No. 5, in effect between July 1, 2019 through June 30, 2020.  See PHL_00009823-00010012.

7.      Please identify the individual who made the final decision with regard to the disciplinary action taken against the Plaintiff Amato in this case.

**OBJECTIONS**:  The City understands this interrogatory to be seeking information related to the 2019 Disciplinary Action.  The City objects to this interrogatory as vague, confusing, ambiguous, over broad, and unduly burdensome if and to the extent it calls for information relating to any other disciplinary action.

**ANSWER**:  Subject to the foregoing objections, Commissioner Richard Ross made the final decision regarding discipline.

8.      Please describe any prior written notice of possible violation of any Department social media policy that was provided to Plaintiff Amato before imposing disciplinary action.

**OBJECTIONS**:  The City objects to this interrogatory because the undefined term "prior written notice" is vague, confusing and ambiguous.  The City further objects to this interrogatory as over broad, unduly burdensome, and oppressive to the extent it seeks information relating to notice in connection with possible violations other than those at issue in the 2019 Disciplinary Action. The City further objects to this interrogatory as over broad, unduly burdensome and oppressive because it is unlimited as to time.

**ANSWER**:  Subject to the foregoing objections:

1. Plaintiff Amato was given notice and training on the PPD social media policy in 2011, when it was first issued.

2. Plaintiff Amato was given notice and training on the PPD social media policy in 2012, when it was updated.

3. Plaintiff Amato was given notice and training on the PPD social media policy in 2014.

4. Plaintiff Amato was given notice and disciplined in 2017-2018 for a violation of the PPD social media policy.

5. Plaintiff Amato was given notice and training in June/July 2019 on professionalism and social media.

6. Plaintiff Amato was given notice and disciplined in 2019 for violations of the PPD social media policy.

7. Plaintiff Amato was given notice and disciplined in 2020 for violations of the PPD social media policy.


9.      Please identify each individual within PPD who communicated with First Deputy Commissioner Myron Patterson, Sergeant Joann Garvey, Captain John Przepiorka or any other Commanding Officer or employees regarding the allegations that led ultimately to the Plaintiff Amato's discipline.

**OBJECTIONS**:  The City understands this interrogatory to be seeking information related to the 2019 Disciplinary Action.  The City objects to this interrogatory as vague, confusing, ambiguous, over broad, and unduly burdensome if and to the extent it calls for information relating to any other disciplinary action. The City also objects to this interrogatory as over broad, unduly burdensome and oppressive to the extent that it seeks to require the City to identify all persons in the Philadelphia Police Department who communicated anyone else in the Philadelphia Police regarding the allegations that resulted in Plaintiff Amato's discipline. The City further objects to

#124298305v1

3.  August 24, 2017. PHL_00000193-00000194.  Racial/Ethnic Bias.  Promotes Violence.

4.  Unknown Date.  PHL_00000182.  Religious Bias.

Respectfully submitted,

*/s/ David Smith*
David Smith (Attorney I.D. 21480)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania  19102-2101
(215) 575-7062

Attorney for Defendant,
 *City of Philadelphia*

#124298305v1

<u>**CERTIFICATE OF SERVICE**</u>

I, David Smith, hereby certify that a true and correct copy of Defendant City of Philadelphia's Objections and Responses to Plaintiff Kristine Amato's Interrogatories has been electronically transmitted on June 28, 2024, to the following:

Larry L. Crain, Esq.
Crain Law Group
5214 Maryland Way, Suite 402
Brentwood, TN  37027
Phone: (615) 376-2600
larry@crainlaw.legal

Emily Castro, Esq.
Crain Law Group
5214 Maryland Way, Suite 402
Brentwood, TN  37027
Phone: (615) 376-2600
emily@crainlaw.legal

Jonathan J. Sobel, Esq.
1500 Walnut Street
Suite 2000
Philadelphia, PA  19102
Phone: (215) 735-7535
Mate89@aol.com

*/s/ David Smith*
David Smith

#124298305v1

**Concise Officer History**

**P/off Kristine Amato [6900/███]**

Payroll Number: ███    Hire date: Jan 08, 1990  Current assignment since: Jun 09, 2014
Current assignment(s):
        Bureau: ROC South
        Division: CPD
        District Unit: 0900 09th District

**Involved Officer: Drug test**                     IA No:   23991
**Received: Mar 23, 1992**
                                                    DC no:       23991

    Incident disposition/finding: Negative
Classification: Drug test      Disposition: Negative      Assigned: Un-assigned

        Invest: No


    Test date: 03/23/1992  Reason test was requested: Promotion
    Drug test disposition: Negative
    The officer/member tested positive for drugs: Negative
    Urine test was conducted: Negative  Type of drug found:
    Hair test was conducted:  Type of drug found:

**Involved Officer: Complaint Against Police**     IA No:   93-0303
**Received: Nov 29, 1993**
                                                    DC no:       93-09-060844

    Incident disposition/finding: Exonerated
Classification: Physical Abuse      Disposition: Exonerated      Assigned: Lieutentant
Frank Mondrosch

        PA-

    Complainant:    Bienvenida  Ortega

    Allegations:

        Physical Abuse -

**Involved Officer: PBI**                          IA No:
**Received: Jul 01, 1994**

    Incident disposition/finding: Completed
Classification: Procedural      Disposition: Completed      Assigned: Un-assigned

        PBXQ Database Entry

    **PBI Handling: Yes     PBI Processing Completed: Yes**

    **PBI Case Information:**
        PBI No: 1994-0189
        Job type: Formal Discipline Sworn
        Opened date: 07/01/1994
        Completed date: 07/01/1994
        Status: Completed
        Source: PBXQ Entry

    Charges:

**EXHIBIT**

**Amato-1**

**PHL_00000148**

**JA-559**

Article IV  Neglect of Duty 07/01/1994 [] - Reprimand Jul 01, 1994

    Statute:4.50

    Failure to Properly Patrol/Respond to Radio

Article V  Disobedience of Orders 07/01/1994 [] - Guilty Jul 01, 1994

    Statute:5.48

    Failure to Carry Required Equip./Neat Uniform

**Involved Officer: Drug test**                     IA No:  26744
**Received: Jan 12, 1995**

                                     DC no:       26744

    Incident disposition/finding: Negative
Classification: Drug test      Disposition: Negative      Assigned: Un-assigned

      Invest: No


    Test date: 01/12/1995  Reason test was requested: Medical ret.
    Drug test disposition: Negative
    The officer/member tested positive for drugs: Negative
    Urine test was conducted: Negative  Type of drug found:
    Hair test was conducted:   Type of drug found:

**Involved Officer: PBI**                           IA No:
**Received: Oct 05, 1995**

    Incident disposition/finding: Completed
Classification: Procedural      Disposition: Completed      Assigned: Un-assigned

      PBXQ Database Entry

    **PBI Handling: Yes     PBI Processing Completed: Yes**

    **PBI Case Information:**
        PBI No: 1995-0309
        Job type: Formal Discipline Sworn
        Opened date: 10/05/1995
        Completed date: 10/05/1995
        Status: Completed
        Source: PBXQ Entry

    Charges:

Article IV  Neglect of Duty 10/05/1995 [] - Guilty-05 Days Oct 05, 1995

    Statute:4.40

    Allowing Prisoner to Escape Careless/Neglect

**Involved Officer: Complaint Against Police**      IA No:  96-0059
**Received: Feb 15, 1996**

                                       DC no:       96-09-006695

PHL_00000149

```
    Incident disposition/finding: Several Findings
Classification: Physical Abuse      Disposition: Several Findings      Assigned:
Lieutentant Frank Mondrosch

      PA-PUSHED=EXON. VA=N/S FALSE ARREST


    Complainant:    Sharis  Mc Neal


    Allegations:

       Physical Abuse -
```

**Involved Officer: Drug test**                         IA No:  2378
**Received: Sep 01, 1996**

                                                        DC no:      2378

```
    Incident disposition/finding: Negative
Classification: Drug test      Disposition: Negative      Assigned: Un-assigned

      Invest: No



    Test date: 09/01/1996  Reason test was requested: Random
    Drug test disposition: Negative
    The officer/member tested positive for drugs: Negative
    Urine test was conducted: Negative  Type of drug found:
    Hair test was conducted:   Type of drug found:
```

**Involved Officer: Complaint Against Police**          IA No:  98-0018
**Received: Jan 13, 1998**

                                                        DC no:      98-03-001522

```
    Incident disposition/finding: Multiple Findings
Classification: Other Misconduct        Disposition: Multiple Findings      Assigned:
Richard Zoog

      PROPERTY=MISSING(BAGPIPES)---> SUS.-#████  ████   PA-UNF.#█████   N/S#█████


    Complainant:    Ryan  Mc Cabe


    Allegations:

       Other Misconduct -
```

**Involved Officer: Drug test**                         IA No:  31885
**Received: Apr 22, 1998**

                                                        DC no:      31885

```
    Incident disposition/finding: Negative
Classification: Drug test      Disposition: Negative      Assigned: Un-assigned

      Invest: No



    Test date: 04/22/1998  Reason test was requested: Medical ret.
    Drug test disposition: Negative
    The officer/member tested positive for drugs: Negative
    Urine test was conducted: Negative  Type of drug found:
    Hair test was conducted:   Type of drug found:
```

PHL_00000150

**Involved Officer: PBI**                                    **IA No:**
**Received: Jan 13, 1999**

    Incident disposition/finding: Completed
Classification: Procedural        Disposition: Completed      Assigned: Un-assigned

      PBXQ Database Entry

   **PBI Handling: Yes    PBI Processing Completed: Yes**

   **PBI Case Information:**
      PBI No: 1999-0020
      Job type: Formal Discipline Sworn
      Opened date: 01/13/1999
      Completed date: 01/13/1999
      Status: Completed
      Source: PBXQ Entry

    Charges:

   Article III  Insubordination 01/13/1999 [] - Guilty-05 Days Jan 13, 1999

     Statute:3.05

     Insub. Using Profane/Insulting Language S/Off

**Involved Officer: Internal Investigations**        **IA No:  99-1117**
**Received: Mar 26, 1999**

    Incident disposition/finding: Sustained
Classification: Other Misconduct        Disposition: Sustained      Assigned: Lieutenant
William Grutzmacher

      MOTOR VEHICLE VIOLATIONS

   Complainant:      Vehicle Inspections

   Allegations:

    Other Misconduct -

**Involved Officer: PBI**                                    **IA No:**
**Received: Apr 14, 1999**

    Incident disposition/finding: Completed
Classification: Procedural        Disposition: Completed      Assigned: Un-assigned

      PBXQ Database Entry

   **PBI Handling: Yes    PBI Processing Completed: Yes**

   **PBI Case Information:**
      PBI No: 1999-0418
      Job type: Formal Discipline Sworn
      Opened date: 04/14/1999
      Completed date: 04/14/1999
      Status: Completed
      Source: PBXQ Entry

    Charges:

PHL_00000151

Article I Conduct Unbecoming an Officer 04/14/1999 [] - Reprimand Apr 14, 1999

Statute:1.00

Unspecified

**Involved Officer: Complaint Against Police**          IA No:  99-0511
**Received: Oct 05, 1999**

                                                        DC no:      99-24-076650

Incident disposition/finding: Partially Sustained
Classification: Physical Abuse       Disposition: Partially Sustained      Assigned: Lieut
William Donahue

     PA-GRABBED, SWUNG AT=EXON VA=EXON UNPROFESSIONAL CONDUCT=SUS

Complainant:    Sandra  Mc Cullough

Allegations:

     Physical Abuse -

**Involved Officer: Off Duty Action**                   IA No:  99-6201
**Received: Oct 05, 1999**

                                                        DC no:      99-24-076656

Incident disposition/finding: Referred
Classification: Off Duty Police Action      Disposition: Referred      Assigned: C/O

     OFF DUTY POLICE ACTION

Complainant:    Sandra  Mc Cullough

Allegations:

     Off Duty Police Action -

**Involved Officer: Use of force**                      IA No:  U00-1387
**Received: Oct 27, 2000**

                                                        DC no:      00-09-054509

Incident disposition/finding: approved
Classification:        Disposition: approved      Assigned: C/O

     BIT OWN LIP

Involved Citizen    Denise  Sessom

Use(s) of force            Effective/Not Effective
UNKNOWN                    NOT effective

Service being conducted:

**Involved Officer: Drug test**                         IA No:  16185
**Received: Jul 03, 2001**

PHL_00000152

DC no:          16185

Incident disposition/finding: Negative
Classification: Drug test       Disposition: Negative       Assigned: Un-assigned

Invest: NA


Test date: 07/03/2001  Reason test was requested: Random
Drug test disposition: Negative
The officer/member tested positive for drugs: Negative
Urine test was conducted: Negative  Type of drug found:
Hair test was conducted:   Type of drug found:

**Involved Officer: Drug test**                IA No:  38896
**Received: Dec 09, 2002**

DC no:          38896

Incident disposition/finding: Negative
Classification: Drug test       Disposition: Negative       Assigned: Un-assigned

Invest: NA


Test date: 12/09/2002  Reason test was requested: Medical ret.
Drug test disposition: Negative
The officer/member tested positive for drugs: Negative
Urine test was conducted: Negative  Type of drug found:
Hair test was conducted:   Type of drug found:

**Involved Officer: Complaint Against Police**     IA No:  03-0056
**Received: Feb 21, 2003**

DC no:          03-09-006944

Incident disposition/finding: Not Sustained
Classification: Physical Abuse       Disposition: Not Sustained       Assigned: Lieut
Michael Craighead

The complaint, submitted by Denise Sessom, 39, B/F, 1707 Green Street., Phila., PA

215-232-9888, alleges that she was physically abused by Officer Gillespie #6900 while

being falsely arrested for disorderly conduct on Friday, 10/27/00 at 8:00 pm at 1700 Green

Street.  The complainant contends that there was a car blocking the entrance to her parking

lot and that while at the corner of ▮▮▮▮▮▮▮▮., she beeped her horn continuously to

get the person to come out and move their car.  As people began to emerge from their

buildings, Ms. Sessom was calling "911".   Before she got a chance to complete the call,

Officer Gillespie arrived at the scene and immediately became agitated with Ms. Sessom.

The complainant alleges that she was pushed back into her car until her legs were pinned

PHL_00000153

**JA-564**

against the hood, her face was smashed onto her hood at which time she sustained an
injury

to her lip and her cheek.  She was than handcuffed and taken to the 9th district.
Shortly

thereafter, she was treated at Hahnemann University Hospital.  After returning to
the district,

she signed her citation and was released.


Complainant:   DENISE  SESSOM


Allegations:

    Physical Abuse -  - Not Sustained - Jun 19, 2003

**Involved Officer: Use of force**                    IA No:  U03-1440
**Received: Nov 04, 2003 20:19**

                                                     DC no:       03-09-052241

    Incident disposition/finding: Approved
Classification:       Disposition: Approved      Assigned: C/O

    Male Arrested for assault on police when def entered cctv area he began to fight
    with Police male was then put into cell area when he began kicking and fighting and
    ramming his head and body into the cell area after many attemps to calm def down
    male had to be tased in order to finished his processing


    Involved Citizen    Joseph E Osti


    Use(s) of force           Effective/Not Effective
    Control Holds             NOT effective

    Service being conducted: Cell Room Incident

**Involved Officer: Use of force**                    IA No:  U06-0090
**Received: Jan 24, 2006 19:16**

                                                     DC no:       06-09-003992

    Incident disposition/finding: Approved
Classification:       Disposition: Approved      Assigned: C/O

    Police received r/c for narc inv. upon arrival def. fit description of flash. def.
    was stop and 2 Packets recovered alleged crack cocaine. def. receivedminor scrapes
    to his head treated and released.


    Involved Citizen    ANTHONY  LINDSAY


    Use(s) of force           Effective/Not Effective
    Control Holds             Effective

    Service being conducted:

**Involved Officer: Drug test**                       IA No:  07-0331D
**Received: May 16, 2007**

    Incident disposition/finding: Negative

**PHL_00000154**

Classification: Drug test        Disposition: Negative        Assigned: Un-assigned

    Test date: 05/16/2007  Reason test was requested: Random
Drug test disposition: Negative
The officer/member tested positive for drugs: Negative
Urine test was conducted: Negative  Type of drug found:
Hair test was conducted:  Type of drug found:

**Involved Officer: IMPACT Investigations          IA No:  08-1541**
**Received: Nov 12, 2008**

    Incident disposition/finding: Completed
Classification: Other Misconduct        Disposition: Completed        Assigned: Sergt Stephen
Corso

    MISUSE OF CITY TIME

    ***** Investigation was closed on 04-08-2010 with the disposition of "Completed"
for database reporting purposes only. *****


    Allegations:

    Misuse of Time -

**Involved Officer: Off Duty Action              IA No:  12-6081**
**Received: Jun 18, 2012 13:01**

                    DC no:          12-15-057185

    Incident disposition/finding: Approved
Classification: Off Duty Police Action        Disposition: Approved        Assigned: C/O

    OFF DUTY POLICE ACTION / TRAFFIC DISPUTE

    On 6/16/12 P/O Amato was backing out of his driveway when a vehicle travling at a
high rate of speed almost struck his vehicle. The honda continued to the end of the
block and stopped when P/O Amato reached the end of the block a W/M exited his
vehicle and confronted officer Amato stating"I wlii shoot the Shit out of you. P/O
Amato exited his vehicle and ID himself as a police officer and drew his service
weapon. Thr W/M jumped back into his vehicle and fled W. bound on Tyson Ave.
officer Amato also states that male has returned to his home on at least two
occasions.


    Complainant:   unk  unk


    Allegations:

    Off Duty Police Action -  - Approved - Jun 28, 2012

**Involved Officer: ISS Investigations          IA No:  12-1538**
**Received: Jul 31, 2012**

    Incident disposition/finding: Sustained
Classification:  Departmental Violations        Disposition: Sustained        Assigned: Lieut
William Donahue

    POLICE OFFICER ALLEGEDLY ABUSING TIME INVOLVING AN INJURY THAT OCCURRED WHILE ON
DUTY

PHL_00000155

Allegations:

     Departmental Violation-Misuse of Sick/IOD/Military Time -  - Sustained - Dec 03, 2012

   Actions taken:

     : Jan 02, 2013 - Non Criminal - Gniotek

**Involved Officer: ISS Support**          **IA No:  12-1623**
**Received: Aug 03, 2012**

   Incident disposition/finding: Referred
Classification: Other Misconduct    Disposition: Referred    Assigned: Lieut Mark Cacciatore

    ABUSE OF TIME

   Allegations:

   Support Service Investigation -  - REFERRED - Sep 19, 2012

**Involved Officer: PBI**          **IA No:  P2012-0591**
**Received: Dec 17, 2012**

   Incident disposition/finding:
Classification: Procedural    Disposition:    Assigned: Un-assigned

    Refer to IAD 12-1538

   **PBI Handling: Yes    PBI Processing Completed: Yes**

   **PBI Case Information:**
    PBI No: 2012-0591
    Job type: Dismissal Sworn
    Opened date: 12/13/2012
    Completed date: 12/09/2013
    Status: Completed
    Source: INT

   Charges:

New Article I Conduct Unbecoming 12/13/2012 [] - CDA-Dismissal  Dec 09, 2013

    Statute:1-§010-10

   Making a false entry in any Department record or report

  Related actions taken:

     Dec 09, 2013 CDA-Dismissal

       P/O Kristine Amato #6900. Commissioner's Direct Action. Deputy
       Commissioner's recommended penalty, Dismissal. Final pealty imposed,
       Dismissal.

     Apr 07, 2014 Arbitration Award-Reinstated

       Per Arbitration Award #14 390 00189 13, the grievance is sustained in part

**PHL_00000156**

and denied in part. The City did not have just cause to dismiss the Grievant and she shall be reinstated to service without back pay. The Grievant's time off shall be treated as a disciplinary suspension without pay. Additionally, if the Grievant has not already done so, she shall reimburse the City $899.85, representing the amount of IOD time she improperly received. The Grievant's reinstatement is conditioned upon her satisfying all of the applicable certifications and requirements for her position. Any future abuse of leave time by the Grievant will justify her termination.

New Article I Conduct Unbecoming 12/13/2012 [] - CDA-Dismissal Dec 09, 2013

Statute:1-§021-10

Related actions taken:

Dec 09, 2013 CDA-Dismissal

P/O Kristine Amato #6900. Commissioner's Direct Action. Deputy Commissioner's recommended penalty, Dismissal. Final pealty imposed, Dismissal.

Apr 07, 2014 Arbitration Award-Reinstated

Per Arbitration Award #14 390 00189 13, the grievance is sustained in part and denied in part. The City did not have just cause to dismiss the Grievant and she shall be reinstated to service without back pay. The Grievant's time off shall be treated as a disciplinary suspension without pay. Additionally, if the Grievant has not already done so, she shall reimburse the City $899.85, representing the amount of IOD time she improperly received. The Grievant's reinstatement is conditioned upon her satisfying all of the applicable certifications and requirements for her position. Any future abuse of leave time by the Grievant will justify her termination.

New Article V Neglect of Duty 12/13/2012 [] - CDA-Dismissal Dec 09, 2013

Statute:5-§009-10

Absence without leave for less than one working day.

Related actions taken:

Dec 09, 2013 CDA-Dismissal

P/O Kristine Amato #6900. Commissioner's Direct Action. Deputy Commissioner's recommended penalty, Dismissal. Final pealty imposed, Dismissal.

Apr 07, 2014 Arbitration Award-Reinstated

Per Arbitration Award #14 390 00189 13, the grievance is sustained in part and denied in part. The City did not have just cause to dismiss the Grievant and she shall be reinstated to service without back pay. The

PHL_00000157

Grievant's time off shall be treated as a disciplinary suspension without pay. Additionally, if the Grievant has not already done so, she shall reimburse the City $899.85, representing the amount of IOD time she improperly received. The Grievant's reinstatement is conditioned upon her satisfying all of the applicable certifications and requirements for her position. Any future abuse of leave time by the Grievant will justify her termination.

**Involved Officer: Drug test**                          **IA No:   14-0361D**
**Received: Apr 21, 2014**

   Incident disposition/finding: Negative
Classification: Drug test         Disposition: Negative        Assigned: Sergt Suzanne Williams


   Test date: 04/21/2014   Reason test was requested: Reinstate
   Drug test disposition: Negative
   The officer/member tested positive for drugs: Negative
   Urine test was conducted: Negative   Type of drug found:
   Hair test was conducted: Negative   Type of drug found:

**Involved Officer: Reinstatements**                     **IA No:   14-3006**
**Received: Apr 29, 2014**

   Incident disposition/finding: Approved
Classification: Reinstatement        Disposition: Approved       Assigned: Det Mark Tomiselli

      REINSTATEMENT


   Allegations:

      Reinstatement -  - Approved - Apr 29, 2014

**Involved Officer: Internal Investigations**            **IA No:   14-1126**
**Received: Jul 30, 2014**

                                                         **DC no:        14-09-029032**

   Incident disposition/finding: Sustained
   **Role: Complainant**
Classification:  Departmental Violations        Disposition: Sustained       Assigned: Lieut
David Hunter

   INTERNAL INVESTIGATION / MISSING SERVICE WEAPON

   On Monday, July 28, 2014, Captain Kelly of Internal Affairs was contacted by Captain Convery of the 9th District informing him that P/O Kristine Amato #6900, PR#211645 reported that her service weapon was missing from her locker.

   P/O Amato stated that she placed her service weapon, a Smith and Wesson model #10 .38 cal., serial #D536248, on the top shelf of her locker after reporting off duty on 7-27-14. P/O Amato stated that when she went to her locker on 7-28-14, she noticed that the Master lock on her locker was not locked and when she opened her locker, her service weapon was missing.

   P/O Amato stated that she informed her immediate supervisor, Sgt. DeCarlo #541 as soon as she noticed the weapon missing. P/O Amato went back to her home and conducted a search there as well as her private vehicle and did not find it. As a result, P/O Amato went to the 9th District and formally reported the weapon as missing (DC#14-9-29032).

**PHL_00000158**

P/O Amato's locker was secured and Central Detectives was notified (CDD Control # 14-6432). The scene was processed by Det. Murphy #8033. Finger prints were lifted and 3 latent print cards were submitted for processing.

Lt. Hunter #246 and Sgt. Bullick #870 responded to the 9th District.

The following supervisors were interviewed:
Lt. Stephen Johnson #351, PP████ and Sgt. Paul DeCarlo #541, PP████

Lt. David A. Hunter #246, Internal Affairs, Squad 3

Allegations:

Departmental Violation-PPD Directives Violation (See PPDD#) - PPDD 100 - Firearms On or Off Duty - Sustained - Oct 31, 2014

**Involved Officer: Use of force**                    IA No:   U14-1356
**Received: Oct 21, 2014 16:28**
                                                       DC no:         14-09-042457

Incident disposition/finding: Approved
Classification:         Disposition: Approved        Assigned: Lieut Henry Dugan

Police responded to a radio call for a person with a weapon. upon arrival, witnesses stated that a male was throwing things off a rear deck and damaging peoples property. A flower pot was thrown onto a vehicle damaging the roof and breaking the glass sun roof. Police approached the rear deck and a male on the steps of the deck attempted to kick P/O Amato #6900 down the steps. Male then kneed Officer Amato as she attempting to handcuff the male. Officer refused hospital treatment but on 10-21-14 she decided to go to workmans comp clinic for treatment of pain to her left knee.

Involved Citizen    Charles  Trusdale

**Involved Officer: PBI**                             IA No:   P2014-0778
**Received: Dec 03, 2014**

Incident disposition/finding:
Classification: Procedural      Disposition:       Assigned: Un-assigned

Refer to IAD 14-1126

**PBI Handling: Yes      PBI Processing Completed: Yes**

**PBI Case Information:**
PBI No: 2014-0778
Job type: Formal Discipline Sworn
Opened date: 12/02/2014
Completed date: 03/11/2016
Status: Completed
Source: INT

Charges:

New Article V Neglect of Duty 12/02/2014 [] - Guity 3 days/restitution Mar 11, 2016

PHL_00000159

Statute:5-§018-10

   Lost or stolen City owned weapon resulting from negligence or failure to properly care for same.

   Related actions taken:

          Mar 11, 2016 Guilty - 3 Days Susp/Restitution

                P/O Kristine Amato #6900.  Hearing date - January 21, 2016.  Board
                disposition - guilty.  Board recommended penalty - 3 days suspension and
                restitution.  Final penalty imposed - 3 days suspension and restitution.


**Involved Officer: Drug test**                          **IA No:   15-6566D**
**Received: Aug 16, 2015**

      Incident disposition/finding: Negative
Classification: Drug test        Disposition: Negative        Assigned: Sergt Maria Ortiz-
Rodriguez

      Test date: 08/16/2015  Reason test was requested: Random
      Drug test disposition: Negative
      The officer/member tested positive for drugs: Negative
      Urine test was conducted: Negative  Type of drug found:
      Hair test was conducted:   Type of drug found:

**Involved Officer: Drug test**                          **IA No:   15-7084D**
**Received: Nov 04, 2015**

      Incident disposition/finding: Negative
Classification: Drug test        Disposition: Negative        Assigned: Sergt Maria Ortiz-
Rodriguez

      Test date: 11/04/2015  Reason test was requested: Random
      Drug test disposition: Negative
      The officer/member tested positive for drugs: Negative
      Urine test was conducted: Negative  Type of drug found:
      Hair test was conducted:   Type of drug found:

**Involved Officer: Complaint Against Police**        **IA No:   16-0204**
**Received: Apr 22, 2016**

                                                      **DC no:        16-09-015289**

      Incident disposition/finding: Completed
Classification: Lack of Service        Disposition: Completed        Assigned: Insp CPD

          According to the complainant, on 2-22-16, at 9:30 AM, he was carrying his son in
          the 1500 block of JFK Boulevard when the child's mother appeared and began
          assaulting him.  One of the blows thrown by the mother struck the child and injured
          him.  When the complainant released the child, his mother took him and ran into the
          subway; the complainant called 911 to report the incident.  Officer Todd responded,
          told the complainant he looked fine to him and instructed him on how to file for a
          protection order and get his DC numbers from the district.  The complainant
          obtained a PFA, went to a hospital to receive treatment from the injuries inflicted
          by the child's mother before returning to the 9th District to have his PFA served
          on the child's mother, who was there filing a police report with Officer Amato.  On

PHL_00000160

4-15-16, the complainant was arrested for domestic abuse as a result of the 2-22-16 incident.  He believes that inaccuracies in the reports taken by both officers did not accurately reflect the actions of his child's mother and caused him to be arrested.

Complainant:   MALCOLM C FURBERT

Allegations:

    Lack of Service-Failure to Prepare/Accurately Complete Report -  - Completed - Jun 08, 2016

**Involved Officer: Complaint Against Police          IA No:  17-0566**
**Received: Nov 07, 2017**

                                            DC no:         17-02-062901

    Incident disposition/finding: Sustained
Classification: Harassment      Disposition: Sustained     Assigned: Sergt Gwen Bartlett

    The complainant, Julie Odell, 53/W/F, ███████████████████ Philadelphia, PA ██████████████ states that she witnessed Officer Amato, 9th District, verbally abuse an unknown female via Facebook. According to the complainant, on 11-3-17, at 4:00 PM, while on Facebook, she watched an exchange between Officer Amato and an unknown black female.  The complainant states that Officer Amato used profanity and vulgar language during her conversation with the female because she disagreed with her on the removal of the Rizzo statue.  The complainant further states that the officer threatened anyone who reports her abusive language by stating, "Play with me, with my job and see what happens."

    Complainant:   JULIE  ODELL

    Allegations:

        Departmental Violation-PPD Directives Violation (See PPDD#) - PPDD 6.10-Social Media and Networking - Sustained - Dec 18, 2017
        Verbal Abuse-Derogatory/Offensive Language -  - Sustained - Dec 18, 2017

**Involved Officer: PBI                          IA No:  P2018-0068**
**Received: Jan 18, 2018**

    Incident disposition/finding:
Classification: Procedural      Disposition:      Assigned: Un-assigned

    REFER TO IAD#17-0566

**PBI Handling: Yes     PBI Processing Completed: Yes**

**PBI Case Information:**
    PBI No: 2018-0068
    Job type: Formal Discipline Sworn
    Opened date: 01/18/2018
    Completed date: 01/24/2018
    Status: Completed
    Source: INT

    Charges:

PHL_00000161

New Article V Neglect of Duty 01/18/2018 [] - Gplea - CLD - 1 Day Susp Jan 24, 2018

    Statute:5-§011-10


  Related actions taken:

      Jan 24, 2018 Gplea - CLD - 1 Day Suspension

          P/O Kristine Amato #6900.  Guilty plea - hearing waived.  Command level
          discipline by the department advocate.  Commanding officer's recommended
          penalty - 1 day suspension (may use vacation).  Final penalty imposed 1
          day suspension (may use vacation).  P/C signed on 01/24/2018.

**Involved Officer: Internal Investigations         IA No:  19-1077.81
Received: Jun 06, 2019**

    Incident disposition/finding: Sustained
Classification:  Departmental Violations         Disposition: Sustained        Assigned: Lieut
Gregory Morace

    INTERNAL INVESTIGATION /

    Confidential Investigation as a result of information reported on
    www.plainviewproject.org and www.injusticewatch.org websites, in reference to
    social media posts made by current and former members of the Philadelphia Police
    Department.


    Allegations:

      Departmental Violation-PPD Directives Violation (See PPDD#) - PPDD 6.10-Social
Media and Networking - Sustained - Jun 24, 2019
      Other Misconduct-Unspecified -  - Sustained - Aug 12, 2019

    Actions taken:

      : Jun 07, 2019 - Removed From Street

            yes, remain at dist

      : Jun 07, 2019 - Weapon Confiscated

            YES

      : Jul 18, 2019 - Returned To Full Duty

**Involved Officer: PBI                            IA No:
P2019-0603                    Received: Aug 01, 2019**

    Incident disposition/finding:
Classification: Procedural      Disposition:       Assigned: Un-
assigned

      Refer to IAD 19-1077.81

**PHL_00000162**

**PBI Handling: Yes     PBI Processing Completed: Yes**

**PBI Case Information:**
    PBI No: 2019-0603
    Job type: Formal Discipline Sworn
    Opened date: 07/29/2019
    Completed date: 09/27/2019
    Status: Completed
    Source: INT


  Charges:

   Article I Conduct Unbecoming an Officer 10/23/2019 [] - CDA- 30
Days (combined) Sep 27, 2019


       Statute:1-§021-10



   Related actions taken:

         Sep 27, 2019 CDA - 30 Days Suspension (combined)

              P/O Kristine Amato #6900.  Commissioner's direct
              action.  Deputy commissioner's recommended penalty -
              30 days suspension (combined).  Final penalty
              imposed - 30 days suspension (combined).  P/C signed
              on 09/27/2019.


   New Article V Neglect of Duty 10/23/2019 [] - CDA - 30 Days
(combined) Sep 27, 2019


       Statute:5-§011-10



   Related actions taken:

         Sep 27, 2019 CDA - 30 Days Suspension (combined)

              P/O Kristine Amato #6900.  Commissioner's direct
              action.  Deputy commissioner's recommended penalty -
              30 days suspension (combined).  Final penalty
              imposed - 30 days suspension (combined).  P/C signed
              on 09/27/2019.


**Involved Officer: Complaint Against Police        IA No:**
**19-0423                   Received: Aug 28, 2019**
                                      **DC no:**
**19-09-035012**

    Incident disposition/finding: Partially Sustained
Classification:  Unprofessional Conduct      Disposition: Partially

PHL_00000163

Sustained        Assigned: Lieut Christopher Kinslow

> According to the complainant, on 8-14-19 at 2:15 PM, she
> attempted to exit a parking lot at ████████████ when
> she began to experience car troubles.  Officer Amato, who was
> operating her personal vehicle behind the complainant, began
> to yell at her and acted in an unprofessional manner.  During
> the altercation, Officer Amato continued to yell at the
> complainant and identified herself as an on-duty police
> officer, but refused to give her name and badge number when
> requested. The complainant called 911; Sergeant Barthelemy
> responded and took her information.  Officer Amato was not on
> location when the supervisor responded.


Complainant:   NICOLE  POOLE


Allegations:

    Departmental Violation-Private Vehicle Use On-Duty -  -
Sustained - Oct 07, 2019
    Unprofessional Conduct-Rude/Dismissive Behavior -  - Not
Sustained - Oct 07, 2019

**Involved Officer: PBI                        IA No:
P2019-1485               Received: Dec 03, 2019**

    Incident disposition/finding:
Classification: Procedural       Disposition:       Assigned: Un-
assigned

        Refer to IAD 19-0423

    **PBI Handling: Yes      PBI Processing Completed: Yes**

    **PBI Case Information:**
        PBI No: 2019-1485
        Job type: Formal Discipline & Findings
        Opened date: 12/03/2019
        Completed date: 01/13/2020
        Status: Completed
        Source: CAP


    Charges:

  New Article VI Disobedience 12/03/2019 [] - Gplea - CLD - 2 Day Vac
Jan 13, 2020


        Statute:6-§011-10



    Related actions taken:

        Jan 13, 2020 Gplea - CLD - 2 Days Suspension (vacation)

            P/O Kristine Amato #6900.  Guilty plea - hearing

PHL_00000164

waived.  Command level discipline by the department
advocate. Commanding officer's recommended penalty –
2 days suspension (vacation).  Final penalty imposed
– 2 days suspension (vacation).  P/C signed on
01/13/2020.

**Involved Officer: Complaint Against Police        IA No:**
**20-0252                            Received: Jun 09, 2020**
                                             **DC no:**

**20-02-026853**

   Incident disposition/finding: Sustained
Classification:  Departmental Violations        Disposition: Sustained
Assigned: Sergt Zachary Koenig

       According to the complainant, on 5-29-20 at 10:00 AM, he
   observed Officer Amato violating the department's social media
   policy on Facebook by using terms such as "Oreo,"  when
   referring to community leaders.  The complainant states
   Officer Amato is trolling and attacking community leaders on
   Facebook on behalf of the Philadelphia Police Department.


   Complainant:   BERISFORD  JONES


   Allegations:

       Departmental Violation-PPD Directives Violation (See PPDD#) –
PPDD 6.10-Social Media and Networking – Sustained – Sep 07, 2020
       Harassment-by Social Media –  – Sustained – Sep 07, 2020
       Other Misconduct-Unspecified –  – Sustained – Sep 07, 2020

**Involved Officer: Complaint Against Police        IA No:**
**20-0270                            Received: Jun 11, 2020**
                                             **DC no:**

**20-09-020451**

   Incident disposition/finding: Referred
Classification:  Departmental Violations        Disposition: Referred
Assigned: Sergt Zachary Koenig

       According to the complainant, on 5-28-20 at 8:00 PM, Officer
   Amato posted onto social media inappropriate comments about
   the death of the complainant's family member and boyfriend.
   The complainant also alleges that threats by Officer Amato
   were made towards her.  The complainant states that she has
   photos and screenshots of the comments.

   Refer to CAP# 20-0252


   Complainant:   ROSALIND  PICHARDO


**Involved Officer: Drug test                       IA No:**
**20-0415D                          Received: Aug 11, 2020**

PHL_00000165

Incident disposition/finding: Negative
Classification: Drug test        Disposition: Negative        Assigned:
Sergt Suzanne Williams


Test date: 08/11/2020  Reason test was requested: Medical ret.
Drug test disposition: Negative
The officer/member tested positive for drugs: Negative
Urine test was conducted: Negative  Type of drug found:
Hair test was conducted:  Type of drug found:

**Involved Officer: Internal Investigations          IA No:**
**21-1043                       Received: Feb 19, 2021**
                                          **DC no:**
**21-24-091717**

Incident disposition/finding: Sustained
Classification: Force-Fail to Make Notifications        Disposition:
Sustained        Assigned: Sergt James Lane

INTERNAL INVESTIGATION / FORCE

On 02-07-21, the DAO requested a copy of the use of force for
DC#20-24-091717.  The PARS indicates that the arresting
officer used force during the arrest.  A search of IA Pro
shows no use of force or hospital case on record for the
incident.




Allegations:

Departmental Violation-PPD Directives Violation (See PPDD#) -
PPDD 10.2-Use of Moderate/Limited Force-Administrative Violation -
Sustained - Nov 01, 2021

**Involved Officer: PBI                          IA No:**
**P2021-0058              Received: Feb 24, 2021**

Incident disposition/finding:
Classification: Procedural        Disposition:        Assigned: Un-
assigned

REFER TO IAD #20-0252

**PBI Handling: Yes      PBI Processing Completed: Yes**

**PBI Case Information:**
PBI No: 2021-0058
Job type: Formal Discipline Sworn
Opened date: 02/24/2021
Completed date: 07/07/2022
Status: Completed
Source: CAP


Charges:

PHL_00000166

**JA-577**

New Article I Conduct Unbecoming 02/24/2021 [] - Placed in personel
file Jul 07, 2022

      Statute:1-§021-10

   Related actions taken:

        Jul 07, 2022 Placed in Personnel File

            P/O Kristine Amato #6900.  Retired on 08/27/2021.
            Charges placed in personnel file.  D/C Wimberly
            signed on 7/7/2022.

New Article V Neglect of Duty 02/24/2021 [] - Placed in personel
file Jul 07, 2022

      Statute:5-§011-10

   Related actions taken:

        Jul 07, 2022 Placed in Personnel File

            P/O Kristine Amato #6900.  Retired on 08/27/2021.
            Charges placed in personnel file.  D/C Wimberly
            signed on 7/7/2022.

**Involved Officer: PBI**                    **IA No:**
**P2022-0074**              **Received: Jan 27, 2022**

   Incident disposition/finding:
Classification: Procedural     Disposition:      Assigned: Un-
assigned

     REFER TO IAD #21-1043

   **PBI Handling: Yes**     **PBI Processing Completed: Yes**

   **PBI Case Information:**
     PBI No: 2022-0074
     Job type: Formal Discipline Sworn
     Opened date: 01/27/2022
     Completed date: 11/14/2022
     Status: Completed
     Source: INT

   Charges:

PHL_00000167

New Article V Neglect of Duty 01/27/2022 [] - Charges placed in file Nov 14, 2022

　　　　Statute:5-§011-10

　　Related actions taken:

　　　　　Nov 14, 2022 Charges placed in file

　　　　　　　　P/O Kristine Amato #6900, separated - retired 08/27/2021. Charges placed in file. P/C signed 11/14/2022.

Report summary: totals by incident type:

| Incident type | Received |
| --- | --- |
| Action Taken | 0 |
| Alert Review | 0 |
| Background Investigation | 0 |
| C/O INVESTIGATION | 0 |
| Case Review | 0 |
| Complaint Against Police | 10 |
| Discretionary arrest | 0 |
| Drug test | 11 |
| Drug Unit Internals | 0 |
| Equal Employment Opportunity | 0 |
| ERU-EEO Referrals | 0 |
| FBI Task Force | 0 |
| FRB | 0 |
| Hospital case | 0 |
| IIU Investigations | 0 |
| IMPACT Investigations | 1 |
| IMPACT Support | 0 |
| Integrity Control Unit | 0 |
| Integrity test | 0 |
| Internal Investigations | 4 |
| ISS Investigations | 1 |
| ISS Misc Investigations | 0 |
| ISS Support | 1 |
| K9 Utilization | 0 |
| Miscellaneous | 0 |
| Miscellaneous discharge | 0 |
| Non-Investigatory Incident | 0 |
| Off Duty Action | 2 |
| Off Duty Domestic | 0 |
| PBI | 11 |
| PFA Denied | 0 |
| Police discharge | 0 |
| Protection From Abuse | 0 |
| Reinstatements | 1 |
| Resolutions | 0 |
| Show of force | 0 |
| Stop | 0 |

PHL_00000168

| | |
|---|---|
| Use of force | 4 |
| Use of Force Internal | 0 |
| Web OD | 0 |
| Web UOF | 0 |
| **Total** | **46** |

PHL_00000169

PROD_00000159

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHRISTIAN FENICO, THOMAS YOUNG, | : | CIVIL ACTON |
| THOMAS GACK, EDWARD McCAMMITT, | : | |
| TANYA GRANDIZIO, ANTHONY ANZIDEO, | : | No. 20-3336 |
| ANTHONY ACQUAVIVA, KRISTINE | : | |
| AMATO, JOSEPH PRZEPIORKA, WILLIAM | : | |
| BOWDREN, and RAPHAEL McGOUGH | : | JURY TRIAL DEMANDED |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF KRISTINE AMATO'S RESPONSES TO
DEFENDANT'S FIRST REQUESTS FOR
PRODUCTION OF DOCUMENTS**

The Plaintiff, Kristine Amato, responds to the Defendant's First Request for Production of Documents as follows:

**INTRODUCTION**

These Responses are made solely for the purpose of this action.  The Responses are subject to the Terms and Conditions of any Protective Order(s) that may be entered in this action.

The Plaintiff has not yet completed her investigation of the facts relating to this action and have not yet completed his preparation for trial.  The following Responses are thus given without prejudice to Plaintiff's right to produce subsequently discovered material.  Plaintiff specifically reserves the right to supplement her Responses pursuant to applicable Federal Rules of Civil Procedure and Local Rules of Court.

PROD_00000159

9.      All social media posts made by current or former Police Department Members that you assert constitute comparator evidence in this case or establish the "double standard" you reference in paragraph 300 of the Amended Complaint.

**RESPONSE: See attached.**

10.     Any and all documents that you created in your capacity as an employee of the Philadelphia Police Department in connection with the allegations in your Complaint, including without limitation, memoranda, internal complaints of retaliation, letters, reports, and all drafts thereof.

**RESPONSE: None that were created by me in my capacity as an employee of the Philadelphia Police Department.**

11.     Any and all copies of any "*Giglio/Brady* list", described in paragraph 5 of the amended complaint, or documents that establish the existence of a "*Giglio/Brady* list" or establish that Plaintiff was placed on a *"Giglio/Brady* list."

**RESPONSE: Attached.**

12.     All medical, chiropractic, therapeutic, or psychological records, progress notes, diagnoses, prognoses, or other written or electronic documents, including prescriptions and pharmacy records concerning dispensation of medication, relating to treatment Plaintiff(s) received for physical, psychological, or emotional injuries/conditions sustained as a result of the actions of Defendant.

**RESPONSE: None at this time.**

13.     All bills, invoices, insurance liens, or other documents showing the amounts owed for any treatment Plaintiff(s) received for physical, psychological, or emotional injuries/conditions sustained as a result of the actions of Defendant.

**RESPONSE: None at this time.**

PROD_00000159

Respectfully submitted,

**CRAIN LAW GROUP, PLLC**

By: */s/ Larry L. Crain*
Larry L. Crain (#9040)
Emily Castro (#028203)
5214 Maryland Way, Suite 402
Brentwood, TN. 37027
Tel.  615-376-2600
Fax. 615-345-6009
Email:  Larry@crainlaw.legal

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Plaintiff Kristine Amato's Responses to Defendant's Requests for Production of Documents were served on the following individuals listed below on this the 25th day of April, 2024.

Frank E. Wehr II, Esq.
Attorney ID No. 318464
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 683-5183

Andrew Teitelman, Esq.
Law Offices of Andrew Teitelman, PC
380 Red Lion Road, Suite 214
Huntingdon Valley, PA  19006

Benjamin T. Jackal
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595

PROD_00000159

David Smith, Esq.
Theresa E. Loscalzo, Esq.
Jenna M. Coyle, Esq.
Jack Small, Esq.
Matthew H. Davis, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA  19102-2101

By the method(s) identified as follows:

❑     U.S. Mail, Postage Prepaid
❑     Hand Delivery
❑     Overnight Delivery Service
☒     Email
❑     Facsimile

*/s/ Larry L. Crain*
Larry L. Crain

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| CHRISTIAN FENICO, et al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 2:20-cv-03336-GEKP |
| CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

**DEFENDANT CITY OF PHILADELPHIA'S OBJECTIONS AND RESPONSES TO
PLAINTIFF KRISTINE AMATO'S INTERROGATORIES**

---

Defendant City of Philadelphia (the "City") objects and responds to Plaintiff Kristine Amato's Interrogatories as follows:

**PRELIMINARY STATEMENT**

The City has not yet completed its investigation of the facts relating to this action and has not yet completed its preparation for trial. The City reserves its right to supplement these responses pursuant to the applicable Federal Rules of Civil Procedure and Local Rules.

The City objects to Plaintiffs' definitions and instructions to the extent that they seek to impose requirements exceeding those in the applicable Federal Rules of Civil Procedure and Local Rules.

Plaintiffs have served twelve (12) sets of interrogatories, each comprised of twenty (20) separate questions, for a total of 240 interrogatories. Rule 33 of the Federal Rules of Civil Procedure provides that "a party may serve on any other party no more than 25 written

**ANSWER**:  Subject to the foregoing objections, Plaintiff Amato received notice and training regarding the PPD social media policy at roll call when the policy was first issued in 2011, and when it was updated in 2012.  Copies of new and updated PPD directives are sent to each District with instructions to disseminate them to all sworn officers and ensure that they sign the training receipt form.   See PHL_00013986-00013994.  In addition, supervisors conduct training throughout the year on selected PPD directives at roll call.

Plaintiff Amato also received training on social media in June 2014 and on social media and professionalism in June/July 2019.

20.     Please identify or describe each of the Plaintiff's off-duty Facebook posts that violated any PPD policy, directive or order and explain how it violated the policy.

**OBJECTIONS**:  The City understands this interrogatory to be seeking information related to the 2019 Disciplinary Action.  The City objects to this interrogatory as vague, confusing, ambiguous, over broad, and unduly burdensome if and to the extent it calls for information relating to any other disciplinary action. The City further objects to this interrogatory to the extent that it assumes that all Plaintiff Amato's social media posts were made while off-duty.

**ANSWER**:  Subject to the foregoing objections, the following social media posts violated the social media policy and interfered with policing:

1.  December 1, 2015.  PHL_00000190.  Racial/Ethnic Bias.  Religious Bias.

2.  March 24, 2017.  PHL_00000191.  Promotes Violence.

14

3.  August 24, 2017. PHL_00000193-00000194.  Racial/Ethnic Bias.  Promotes Violence.

4.  Unknown Date.  PHL_00000182.  Religious Bias.

Respectfully submitted,

*/s/ David Smith*
David Smith (Attorney I.D. 21480)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania  19102-2101
(215) 575-7062

Attorney for Defendant,
 *City of Philadelphia*

15

**JA-587**

## <u>CERTIFICATE OF SERVICE</u>

I, David Smith, hereby certify that a true and correct copy of Defendant City of Philadelphia's Objections and Responses to Plaintiff Kristine Amato's Interrogatories has been electronically transmitted on June 28, 2024, to the following:

Larry L. Crain, Esq.
Crain Law Group
5214 Maryland Way, Suite 402
Brentwood, TN  37027
Phone: (615) 376-2600
larry@crainlaw.legal

Emily Castro, Esq.
Crain Law Group
5214 Maryland Way, Suite 402
Brentwood, TN  37027
Phone: (615) 376-2600
emily@crainlaw.legal

Jonathan J. Sobel, Esq.
1500 Walnut Street
Suite 2000
Philadelphia, PA  19102
Phone: (215) 735-7535
Mate89@aol.com

*/s/ David Smith*
David Smith

#124298305v1

**JA-588**