

PHL_00008435

**William Bowdren** shared Being Liberal Means Being a Hypo... 2's photo.

May 6, 2016 ·

LEGALLY IMMIGRATED TO AMERICA
IG:@Conservative_News_Network
WORKED MULTIPLE JOBS TO PROVIDE FOR THEIR FAMILIES,
NEVER BURNED OUR FLAG, RESPECTED AMERICAN CULTURE.
CARED ABOUT AMERICA

Being Liberal Means Being a Hypocrite 2

Like Page

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=William%20Bowdren
Capture timestamp (UTC): Thu, 13 Jun 2019 18:39:53 GMT

Page 16 of 50

Confidential

PHL_00008435

JA-963

PHL_00008436

HOME ABOUT DATABASE DONAT

IG:@Conservative_News_Network
WORKED MULTIPLE JOBS TO PROVIDE FOR THEIR FAMILIES, NEVER BURNED OUR FLAG, RESPECTED AMERICAN CULTURE. CARED ABOUT AMERICA

Being Liberal Means Being a Hypocrite 2

May 6, 2016 ·

Like Page

Think immigration has changed a little over the years?

Share

2

[redacted] Amen brother

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=William%20Bowdren
Capture timestamp (UTC): Thu, 13 Jun 2019 18:39:53 GMT
Page 17 of 50

Confidential
PHL_00008436
JA-964

HOME
ABOUT
DATABASE
DONAT
Think immigration has changed a little over the years?
Share
2
Amen brother
1y

**William Bowdren**

January 8, 2017 · 6abc ·

These animals need to be tortured and mutilated in a public square.

Document title: Plain View Project

Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=William%20Bowdren

Capture timestamp (UTC): Thu, 13 Jun 2019 18:39:53 GMT

HOME ABOUT DATABASE DONAT

These animals need to be tortured and mutilated in a public square.

6ABC.COM

**Mother and boyfriend both charged in teen's murder**

The adoptive mother of a 14-year-old Montgomery County girl whose disme...

Like

Share

20

[redacted] These stories just show that there are monsters among us.

Like · 1y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=William%20Bowdren
Capture timestamp (UTC): Thu, 13 Jun 2019 18:39:53 GMT

HOME
ABOUT
DATABASE
DONAT
6ABC.COM
Mother and boyfriend both charged in teen's murder
The adoptive mother of a 14-year-old Montgomery County girl whose disme...
Like
Share
20
These stories just show that there are monsters among us.
Like · 1y
Absolutely horrendous people.
1
Like · 1y
Thomas F Gill Torture them slowly
Like · 1y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=William%20Bowdren
Capture timestamp (UTC): Thu, 13 Jun 2019 18:39:53 GMT



HOME
ABOUT
DATABASE
DONAT
Like · 1y
Absolutely horrendous people.
1
Like · 1y
Thomas F Gill Torture them slowly
Like · 1y
Scum..that poor girl
1
Like · 1y
The world is insane !
Like · 1y
That poor little girl....my heart aches for the shit life she had to endure. These bastards should be flown up to 30,000 feet and then pushed out over water, to let them contemplate what they did before they are smashed to death on impact. If not can only hope general population gets a hold of them.....
Like · 1y
Absolutely terrible. Sooo sad
Like · 1y
I agree!!
Like · 1y
Agreed Bill.

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=William%20Bowdren
Capture timestamp (UTC): Thu, 13 Jun 2019 18:39:53 GMT

HOME ABOUT DATABASE | DONAT

[redacted] Absolutely terrible. Sooo sad

Like · 1y

[redacted] I agree!!

Like · 1y

[redacted] Agreed Bill.

Like · 1y

[redacted] Mom accused in daughter's dismemberment was child welfare worker
http://www.foxnews.com/.../mom-accused-in-daughters...

FOXNEWS.COM
Mom accused in daughter's dismemberme

Like · 1y

[redacted] That is a crazy fact!!!

Like · 1y

[redacted] The worst punishment they could get is not enough. Straight to hell.

Like · 1y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=William%20Bowdren
Capture timestamp (UTC): Thu, 13 Jun 2019 18:39:53 GMT



PHL_00008466

HOME
ABOUT
DATABASE
DONAT
That is a crazy fact!!!
Like · 1y
The worst punishment they could get is not enough. Straight to hell.
Like · 1y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=William%20Bowdren
Capture timestamp (UTC): Thu, 13 Jun 2019 18:39:53 GMT
Page 44 of 50

PHL_00008466

JA-971

HOME ABOUT DATABASE | DONAT

William Bowdren

February 13, 2017 ·

Vroom Vroom

CSCMEDIAGROUPUS.COM

Tennessee Passes Bill Allowing People To Hit Protesters Blocking Roads - C.S.C. Media Group U.S.

 Like  Share

 17



William Bowdren

September 4, 2017 ·

I have no words. These 4 people need to be exterminated immediately.

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=William%20Bowdren
Capture timestamp (UTC): Thu, 13 Jun 2019 18:39:53 GMT

PHL_00008439

HOME ABOUT DATABASE DONAT

6ABC.COM

10-year-old girl beaten, dragged by car; 4 charged

A 10-year-old girl who was beaten repeatedly, forced to run with heavy packs...

1 Share

[redacted] I agree. 1

Like · 28w

Cheryl Randall Thank God that little girl was able to escape! Yes, kill them before they get another opportunity to kill a child, because you know tbey will!! 1

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=William%20Bowdren
Capture timestamp (UTC): Thu, 13 Jun 2019 18:39:53 GMT

Page 19 of 50

Confidential

PHL_00008439

JA-974

HOME ABOUT DATABASE DONAT

6ABC.COM

10-year-old girl beaten, dragged by car; 4 charged

A 10-year-old girl who was beaten repeatedly, forced to run with heavy packs...

Like Share

9

1 Share

[redacted] I agree. 1

Like · 28w

Cheryl Randall Thank God that little girl was able to escape! Yes, kill them before they get another opportunity to kill a child, because you know tbey will!! 1

Like · 28w

[redacted] I think they should first do to them exactly what they did to her. SCUM!!!!! 1

Like · 28w

[redacted] I'm sick! Can't even read the whole thing. They need to be tortured!!

Like · 28w

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&name=William%20Bowdren
Capture timestamp (UTC): Thu, 13 Jun 2019 18:39:53 GMT

HOME
ABOUT
DATABASE
DONAT
I think they should first do to them exactly wh
they did to her. SCUM!!!!!
Like · 28w
I'm sick! Can't even read the whole thing. They need to be tortured!!
Like · 28w
Wtf? How does this happen?
Like · 28w