PHL_00008550



Jesus Cruz
November 24, 2015 · 🌐

Yes Islam a religion of peace..... I get it....

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Jesus%20Cruz
Capture timestamp (UTC): Sat, 08 Jun 2019 15:50:09 GMT

Page 39 of 45

PHL_00008550

Case 2:21-cv-03209-WB  Document 65-6  Filed 08/12/24  Page 2 of 18



| HOME | ABOUT | DATABASE | DONATE |
|------|-------|----------|--------|

Share



**Jesus Cruz**
November 24, 2015 · 🌐

Yes Islam a religion of peace..... I get it....



I-SUPPORTISRAEL.BLOGSPOT.COM

## Breaking News! Watch: Palestinian girls trying to stab an elderly man

14 and 16 years old Palestinian girls stabbed 70-year-old Palestinian man be…



Share



I guess she was trying to make a point

2y



PHL_00008546



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Jesus%20Cruz
Capture timestamp (UTC): Sat, 08 Jun 2019 15:50:09 GMT

Page 37 of 45

PHL_00008546



HOME     ABOUT     DATABASE     DONATE

December 10, 2015 · 🌐

Look liberals this us what they want....

WWW.ISRAELVIDEONETWORK.COM
Woman Beheaded In Broad Daylight in 'Moderate' Muslim Nation While Police Watch

Share

PHL_00008537



**Jesus Cruz**

March 22, 2016 · 🌐

Yes let these animals in and America is in trouble, I don't care for Trump but he has a point about these Muslims



ALLENBWEST.COM

After Brussels terror, ISIS issues chilling six-word WARNING... - Allen

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Jesus%20Cruz
Capture timestamp (UTC): Sat, 08 Jun 2019 15:50:09 GMT

Page 32 o

PHL_00008537

PHL_00008538



ALLENBWEST.COM

After Brussels terror, ISIS issues chilling six-word WARNING... - Allen B. West - AllenBWest.com

Share

2

PHL_00008538

PHL_00008534



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Jesus%20Cruz
Capture timestamp (UTC): Sat, 08 Jun 2019 15:50:09 GMT

Page 30 of 45

PHL_00008534

Case 2:21-cv-03209-WB Document 65-8 Filed 06/12/24 Page 9 of 18

**HOME**   **ABOUT**   **DATABASE**   **DONATE**



**Jesus Cruz** shared Fox News's video.
March 23, 2016 · 🌐



You see Israel gets it..... wake up world Islam is a cult not a religion....



2,150,379 Views

**Fox News** added a new video.
March 22, 2016 · 🌐

 👍 Like Page

"What they seek is our utter destruction and their total domination ... well my friends, that's not going to happen."

In his speech at the AIPAC Policy Confer...
See More

 Share

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Jesus%20Cruz
Capture timestamp (UTC): Sat, 08 Jun 2019 15:50:09 GMT

Page 31 of 45

PHL_00008536



PHL_00008536

PHL_00008532



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Jesus%20Cruz
Capture timestamp (UTC): Sat, 08 Jun 2019 15:50:09 GMT

Page 29 of 45

PHL_00008532

PHL_00008533



PHL_00008533

PHL_00008514



**Jesus Cruz**

May 3, 2016 · 🌐

Fucking animals, he should of split his wig.....

6ABC.COM
Officers attacked breaking up fight in Philadelphia
One officer suffered a broken jaw and lost some teeth; the other officer had a

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Jesus%20Cruz
Capture timestamp (UTC): Sat, 08 Jun 2019 15:50:09 GMT

PHL_00008514

PHL_00008515



PHL_00008515

PHL_00008526



**Jesus Cruz**

May 13, 2016 · 🌐

Fucking yeah

SUPREMEPATRIOT.COM

GERMAN POLITICIAN SAYS: 'Muslims Should Be SHOT At The Border If They Try To Enter Illegally -...

↗ Share

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Jesus%20Cruz
Capture timestamp (UTC): Sat, 08 Jun 2019 15:50:09 GMT

Page 26 of 45

PHL_00008526

PHL_00008527



SUPREMEPATRIOT.COM

GERMAN POLITICIAN SAYS: 'Muslims Should Be SHOT At The Border If They Try To Enter Illegally -...

Share

PHL_00008527

Case 2:21-cv-03259-WB   Document 65-6   Filed 08/13/24   Page 17 of 19



## Jesus Cruz

June 4, 2016 · 🌐

One less piece of dog shit



**FREEDOMDAILY.COM**

Black Lives Thug Tries To Rape Woman, Husband Beats Him To Death With A Tire Iron ⋆ Freedom Daily

 **Share**

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Jesus%20Cruz
Capture timestamp (UTC): Sat, 08 Jun 2019 15:50:09 GMT

JA-1059

PHL_00008513



PHL_00008513

JA-1060