**HOME**    **ABOUT**    **DATABASE**    **DONATE**



**Tom Gack** shared Extremely Pissed off RIGHT Wingers 2's photo.   •••
December 13, 2013 · 🌐

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

PHL_00008786

**HOME**   **ABOUT**   **DATABASE**   **DONATE**



**Tom Gack** shared a link.

December 14, 2013 · 🌐

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

PHL_00008786

PHL_00008787



YOUTUBE.COM
Muslims Say They Will Make Rape Legal On White Women When They Take Over Europe!!

Share

To paraphrase the 60's tune "What's it all about Islam".

4y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

PHL_00008778

HOME          ABOUT          DATABASE          DONATE

 **Tom Gack** shared Legally Armed And Proud Of It's photo.
May 31, 2014 · 🌐





You might break in,

but you ain't walkin' out!

**Legally Armed And Proud Of It**
May 30, 2014 · 🌐

 👍 Like Page

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

PHL_00008778

PHL_00008779



## HOME   ABOUT   DATABASE   DONATE

**Legally Armed And Proud Of It**
May 30, 2014 · 🌐

👍 Like Page

↪ Share

👍 4

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

PHL_00008779

Case 2:21-cv-03209-WB Document 87-1 Filed 08/12/24 Page 7 of 15

**HOME**    **ABOUT**    | DATABASE |    **DONATE**



**Tom Gack** shared Repeal It Now's photo.

May 18, 2015 · 🌐





Repeal It Now

May 18, 2015 · ❄

 👍 **Like Page**

 ➦ **Share**

 **3**

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

JA-1520



**HOME**     **ABOUT**     DATABASE     **DONATE**



Tom Gack shared Right Wing News's photo.
May 21, 2015 · 🌐



SHARE
IF YOU FEEL THAT ONE OF THESE

IS A BETTER AND CHEAPER
SOLUTION THAN

ONE OF THESE

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

Case 2:21-cv-03209-WB  Document 67-1  Filed 06/12/24  Page 9 of 15



**HOME**          **ABOUT**          DATABASE          **DONATE**

ONE OF THESE

FOR CONVICTED CHILD MOLESTERS

**Right Wing News**
July 11, 2014 · 🌐

👍 **Like Page**

↪ **Share**

👍 3

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

**HOME**    **ABOUT**    DATABASE    **DONATE**



**Tom Gack** via **Political Correctness Gone Wild**

June 1, 2015 · 🌐

Arrested for 29th time!!!! This POS needs to be beaten to death by the families of his victims!!!



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

Case 2:21-cv-03209-WB   Document 67-1   Filed 06/11/24   Page 11 of 15

HOME          ABOUT          DATABASE          DONATE

of his victims!!!



RIGHTWINGNEWS.COM

Serial Child Molester Arrested for the 29th Time, But His Mother Claims He's Just Wife-Hunting

 Share

 3

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

JA-1524

PHL_00008737

**HOME**        **ABOUT**        DATABASE        **DONATE**





**Tom Gack** via **God, Guns, Freedom and the American Way**        ...

June 3, 2015 · 🌐

And that POS Professor from Rutgers says this normal?!?!?!? Give this guy over to the parents of these two boys!!!!



THREEPERCENTERNATION.COM | BY EMMANUEL GOL...

Man with history of child sex offenses, found in ca

Police catch pedophile in car with 2 terrified young …

 Share

 2

        I'll second that

2y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

PHL_00008737

# HOME          ABOUT          DATABASE          | DONATE



**Tom Gack** shared Nation In Distress's photo.

August 9, 2015 · 🌐

· · ·

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

PHL_00008728

HOME          ABOUT          DATABASE          DONATE

 August 9, 2015 · 🌐



Nation In Distress
August 9, 2015 · ☀

RE-POST THE TRUTH! ~ACE DOG ]]][[%
Nation In Distress

👍 Like Page

 Share

 5

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

PHL_00008728

JA-1527



RE-POST THE TRUTH! ~ACE DOG ]][][%
Nation In Distress

↱ **Share**

🖒 5