PHL_00008743



HOME     ABOUT     DATABASE     DONATE

**Tom Gack** shared a link.
August 12, 2015 · 🌐

•••

MADPATRIOTS.COM

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

PHL_00008743



HOME          ABOUT          DATABASE          DONATE

MADPATRIOTS.COM
It's Time To Call The Black Lives Matter People What They Are: Terrorists! | Mad Patriots

Share

2

3 Shares

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

**HOME**        **ABOUT**        **DATABASE**        **DONATE**

 **Tom Gack**
November 17, 2015 · Philadelphia, PA · 🌐

···

So let me get this straight......Gov Wolf will be allowing Islamic refugees into Pa!?!?!?!? The 3 locations in Philadelphia will be 5401 Rising Sun av, 21 and Arch, 12 and Arch! 12 and Arch......Convention Center and Criminal Justice Center only a block away!!!! A lot of people in court everyday!!! A lot of conventions in the center each month!!!! 21 and Arch middle of Center City.......main Septa and CSX hub at 30th St a few blocks away!!!!! 5401 Rising Sun Northeast Philly.....access to Rising a Sun Plaza, blocks away from Roosevelt Mall and short drive access to Cheltenham Mall!!!! Anyone else see a problem with where Obama and Wolf want to put these terrorists????

 Share

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

Case 2:21-cv-03209-WB   Document 67-2   Filed 08/12/24   Page 4 of 14



**HOME**    **ABOUT**    DATABASE    **DONATE**

Sun Northeast Philly.....access to Rising a Sun Plaza, blocks away from Roosevelt Mall and short drive access to Cheltenham Mall!!!! Anyone else se a problem with where Obama and Wolf want to put these terrorists????

↪ Share

👍 13

5 Shares

Move out of the City Tommy!!! Stay safe

2y    👍 1

**Tom Gack** He will be putting them in Scranton too!!! Stay safe up there!!

2y · Edited

I'm locked and loaded up here... A lot of rednecks are waiting up here!

2y    👍 1

It's an absolute disgrace!! This country is in trouble and we are all screwed.

2y

**Tom Gack** Lock and load Jason, lock and load!!!

2y

Always brother! Like the American Express card, don't leave home without it

👍 1

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

JA-1532



**HOME**   **ABOUT**   **DATABASE**   **DONATE**

**Tom Gack** Lock and load Jason, lock and load!!!
2y

Always brother! Like the American Express card, don't leave home without it
2y   👍 1

No in Texas, but if they get into one state they can move anywhere they want
2y   👍 1

**Tom Gack** That's the problem Mark!!! They already lost track of 5 in New Orleans already!!!
2y

Yep bring on another 100k
2y

Anything goes down I'm heading to your house and loading up!
2y

It's Very Scary Tommy
2y

President Obama has nothing to do with Gov. Wolf allowing refugees into the state. The Governor has that power. Remember America was founded by immigrants. The enemy is already here they don't need to emigrate. Let's stop blaming president Obama for everything.
2y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT



2y

President Obama has nothing to do with Gov. Wolf allowing refugees into the state. The Governor has that power. Remember America was founded by immigrants. The enemy is already here they don't need to emigrate. Let's stop blaming president Obama for everything.

2y

Sorry, but WORST PRESIDENT EVERRRRR!

2y 👍 2

**Jim Kelly** Not immigrants who hate and want to destroy our way of life

2y 👍 1

No the worst president we ever had was Ronald Reagan. The second worst is George Bush, Jr. Congress made all the decisions with president Obama. Don't hate appreciate. The rich prospered with those two presidents, and the poor suffered. I will not supp... See More

2y

**Jim Kelly** Not to get off the subject but fuck the Cowboys hahahahahahaha

2y 👍 1

Yeah, fuck the pigeons too. We all stink. Smh 👍 1

2y

, Obama has also issued more executive orders than many past presidents combined. JS

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

HOME      ABOUT      DATABASE      DONATE

████████████ Yeah, fuck the pigeons too. We all stink. Smh  👍 1

2y

████████████████ ████████ , Obama has also issued more executive orders than many past presidents combined. JS

2y · Edited

████████████ 5401 rising sun is the old Lutheran church/ school. I remember the address because I did some work there

2y

████████████ That's scary

2y

████████████ the feds are the only one who can stop refugees which obama controls governors have no power lock and load the storm is here

2y

████████████ Yeah I hear they were moving some up r way by a nuclear power plant which I will be doing tests this month on evaluation

2y

████████ Good luck up there stay safe and keep everyone posted if anyone sees or hears anything. At this point we all can come together as Americans the way it's supposed to be. United we stand

2y

████████████ Untied we stand I'm locked and loaded

2y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

PHL_00008765

███████████ Good luck up there stay safe and keep everyone posted if anyone sees or hears anything. At this point we all can come together as Americans the way it's supposed to be. United we stand

2y

████████████ Untied we stand I'm locked and loaded

2y

██████████ Tom Gack this is what ur cabinet should look like

👍 4

2y

██████████████ let them sleep in his backyard. I'm sure that rich ass businessman has plenty of room.

2y    👍 1

████████████ The president is allowing them in the country wolf is allowing them in the state . Wake Bob! Both are at fault .

2y    👍 1

████████████ Moving won't change a terrorist from destroying your life

---

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

PHL_00008765

PHL_00008766



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

PHL_00008766

**HOME**    **ABOUT**    DATABASE    **DONATE**



**Tom Gack** shared Political Correctness Gone Wild's photo.
February 23, 2016 · 🌐



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

PHL_00008742



**Political Correctness Gone Wild** is with ▮▮▮▮▮.
February 22, 2016 · ❄

#Thuggies

👍 Like Page

↪ Share

👍 2

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT

PHL_00008742

Case 2:21-cv-03209-WB Document 67-2 Filed 06/13/24 Page 13 of 14

**HOME**     **ABOUT**     DATABASE     | **DONATE**

 **Tom Gack** shared Uncle Sam's Misguided Children's photo.
March 30, 2016 · 🌐

Salah Abdeslam
The Final
Fugitive Of The
Paris Attack

Was Captured Today After Hiding 4 Months
In His Majority Muslim Neighborhood

For 4 Months He Was Hidden, Moved Around,
And Cared For By "Normal, Everyday, Muslims"
And You Wonder Why People Have A Poor
General Opinion Of Muslims?

**Uncle Sam's Misguided Children**
March 30, 2016 · ☀

👍 Like Page

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT



And Cared For By "Normal, Everyday, Muslims" And You Wonder Why People Have A Poor General Opinion Of Muslims?

**Uncle Sam's Misguided Children**
March 30, 2016 · ☀

Follow ➤ FB.Com/UncleSamsChildren

👍 **Like Page**

↪ **Share**

👍 3

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Tom%20Gack
Capture timestamp (UTC): Sat, 08 Jun 2019 14:29:07 GMT