PHL_00008841



**Steven Hartzell**
November 16, 2016 · 6abc ·

Way to go good Citizen. #customers.lives.matter



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Steven%20Hartzell
Capture timestamp (UTC): Sat, 08 Jun 2019 14:38:29 GMT

PHL_00008841

JA-1713

HOME | ABOUT | DATABASE | DONATE

**6ABC.COM**

**Customer shoots robbery suspects in Bucks Co.; 1 dead**

One robbery suspect is dead and another hospitalized after police say a...

👍 16                                                                                     21 Comments

Like                Comment                Share

▮▮▮▮ I hope the gun was legal
Like · Reply · 1y

**Steven Hartzell** Who the customer or the dead dirt bag? You mean permit or in the country?
Like · Reply · 1y

▮▮▮▮ permit
Like · Reply · 1y

**Steven Hartzell** #2ndamendment. 👍 1
Like · Reply · 1y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Steven%20Hartzell
Capture timestamp (UTC): Sat, 08 Jun 2019 14:38:29 GMT

| HOME | ABOUT | DATABASE | DONATE |

▇▇▇ permit

Like · Reply · 1y

**Steven Hartzell** #2ndamendment. 👍 1

Like · Reply · 1y

▇▇▇ Steven Hartzell around 1973 my father's drugstore was held up while I was working there, and I had a gun held to my chest. A shaky drug addict wanting narcotics, God only knows what could have happened. I only wish that the robber had confronted the modern-day me. He would have lost considerable cerebral cortex. 👍 2

Like · Reply · 1y · Edited

▇▇▇ Drug addicts are desperate, irrational, unpredictable and really dangerous.

Like · Reply · 1y

▇▇▇ ▇▇▇ yep. It's a miracle I'm still here....I had PTSD after that event for a year. It was early in senior high.

Like · Reply · 1y

▇▇▇ Completely understandable, you were very lucky.

Like · Reply · 1y

▇▇▇ ▇▇▇ I'm still a little pissed after all these years that my classmates I told about it really didn't take it very seriously and offered no support! LOL

Like · Reply · 1y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Steven%20Hartzell
Capture timestamp (UTC): Sat, 08 Jun 2019 14:38:29 GMT



Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Steven%20Hartzell
Capture timestamp (UTC): Sat, 08 Jun 2019 14:38:29 GMT

HOME | ABOUT | **DATABASE** | DONATE

My story had more details first.

Like · Reply · 1y

was it plain or pepperoni? 👍 1

Like · Reply · 1y

Good guy with a gun 👍 1

Like · Reply · 1y

**Michael Bottum** Mine is my American express card... I don't leave home without it!!!

Like · Reply · 1y

**Steven Hartzell** I remember you in the Academy giving your guns names

Like · Reply · 1y

**Michael Bottum** Sam is my oldest!!! Betsy is my youngest!!! And several others in between!!! 👍 1

Like · Reply · 1y · Edited

The two dumb ass had BB guns . They screwed with the wrong guy !

Like · Reply · 1y

The headline is ambiguous. It states that "Suspects will not be charged", but one "suspect" is dead. The other suspect is hospitalized. The article goes on to say that the customer who saved the employee would not be charged.

Like · Reply · 1y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Steven%20Hartzell
Capture timestamp (UTC): Sat, 08 Jun 2019 14:38:29 GMT



**Steven Hartzell**
January 2, 2017

JUST REALIZED HOW AWESOME PHILLY SUGAR TAX IS. IT FUNDS UNIVERSAL PRE K, ENCOURAGING HOOD RATS TO PRODUCE MORE OFFSPRINGS SO THEY CAN SPEND EVEN LESS TIME WITH THEM.

👍😆 19                                                                 31 Comments

👍 Like          💬 Comment          ➤ Share

All bullshit. That's what they sold us on education. Not the case pal. They are creating a FUND ...,

Like · Reply · 1y

Let the loser mom's sleep in
👍 1

Like · Reply · 1y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=hartzell
Capture timestamp (UTC): Fri, 21 Jun 2019 19:11:50 GMT

HOME | ABOUT | **DATABASE** | DONATE

> ...All bullshit. That's what they sold us on education. Not the case pal. They are creating a FUND ...,

Like · Reply · 1y

> Let the loser mom's sleep in

👍 1

Like · Reply · 1y

**Steven Hartzell** UDUGH READ MY SARCASM SLOWEEEEEEEERRR SO IT SINKS IN LOL

👍 1

Like · Reply · 1y

> Lol ... Happy new year  👍 2

Like · Reply · 1y · Edited

> Part of it also goes into the city's general fund and a few other hand picked organizations by the mayor and city council. It was completely revamped just before the vote last year.

Like · Reply · 1y

> What is the Sugar tax? Is it what they want to introduce here & tax soda/soft drinks etc.?

Like · Reply · 1y

> I buy nothing in Phila now... zip  👍 1

Like · Reply · 1y

> And who did the Fop support in last mayoral.election Steven Hartzell..

Like · Reply · 1y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=hartzell
Capture timestamp (UTC): Fri, 21 Jun 2019 19:11:50 GMT

PHL_00008895

JA-1719

**HOME**    **ABOUT**    **DATABASE**    **DONATE**

I buy nothing in Phila now... zip 👍 1

Like · Reply · 1y

And who did the Fop support in last mayoral.election Steven Hartzell..

Like · Reply · 1y

**Steven Hartzell** So worse of all evils available at that time.. we should get a very good contract

Like · Reply · 1y

No it was not

Like · Reply · 1y

˄ Hide 18 Replies

**Steven Hartzell** yes it was

Like · Reply · 1y

**Steven Hartzell** politics daughter. who would you of backed

Like · Reply · 1y · Edited

No politics..you voted for him..you pay the tax..

Like · Reply · 1y

**Steven Hartzell** I said who woild you of backed. and I dont pay that tax because I dont buy any of that stuff in the city limits ever

Like · Reply · 1y

HOME | ABOUT | DATABASE | DONATE

tax...

Like · Reply · 1y

**Steven Hartzell** I said who woild you of backed. and I dont pay that tax because I dont buy any of that stuff in the city limits ever

Like · Reply · 1y

**Steven Hartzell** clare gallagher you supported Melissa Murray Bailey?

Like · Reply · 1y

Then there's no complaining from you...your union supported it .. you probably voted for him .so i dont know why your complaining about $3 wawa iced tea

Like · Reply · 1y

**Steven Hartzell** I am not complainig not one time. again who did you support or would of supported

Like · Reply · 1y

We will stay focused on today's discussion... your union supported him.. you probably voted for him..so stop complainiing

Like · Reply · 1y

**Steven Hartzell** i did not complain at all and we will most likely get another 3.5 percent raise in july

Like · Reply · 1y

HOME | ABOUT | DATABASE | DONATE

Like · Reply · 1y

**Steven Hartzell** i did not complain at all and we will most likely get another 3.5 percent raise in july

Like · Reply · 1y

Then you should be very happy to pay this new tax...

Like · Reply · 1y

**Steven Hartzell** i dont pay it not one penny

Like · Reply · 1y

Your family doesnt drink orange juice or Gatorade or snapple or chocolate milk or any kind of diet soda or flavored waters?

Like · Reply · 1y

**Steven Hartzell** I /we do not purchase any of those products with in the city limits

Like · Reply · 1y

Why would you not want to help your own cause?

Like · Reply · 1y

**Steven Hartzell** What cause?

Like · Reply · 1y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=hartzell
Capture timestamp (UTC): Fri, 21 Jun 2019 19:11:50 GMT

**HOME** | **ABOUT** | **DATABASE** | **DONATE**

cause?

Like · Reply · 1y

**Steven Hartzell** What cause?

Like · Reply · 1y

**Steven Hartzell** plus 90 percent we drink water

Like · Reply · 1y

Dont play cute... heres my final word on this subject. I predict your union will probably endorse Kenney again in 3 years and you will probably vote for him again in 3 years.. So all of your talk today is hot air. Good night Fasha.

Like · Reply · 1y

**Steven Hartzell** no Kenny will be a one term Mayor. and I gave no hot air. I/we shop about 1% of the time in the city limits and that includes eating out because of high 8 percrnt tax

Like · Reply · 1y

Over the creek and past the woods to Bensalem we go.sorry ShopRite sorry Walmart Neshaminy is less than the amount we would pay in taxes and we have Wawa McDonald and Acme right in Andelusia

Like · Reply · 1y

Woodhaven Mall will be Northeast Philly's favorite place to shop, everything is right there.....

Like · Reply · 1y

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=hartzell
Capture timestamp (UTC): Fri, 21 Jun 2019 19:11:50 GMT

PHL_00008900

**HOME**     **ABOUT**     **DATABASE**     **DONATE**

Like · Reply · 1y

▇▇▇▇▇▇ Woodhaven Mall will be Northeast Philly's favorite place to shop, everything is right there.....

Like · Reply · 1y

▇▇▇▇▇▇ Although your comment is extremely off putting, I wouldn't be so quick to think that the only people who wish to take advantage of the funding are the working and non-working poor. I had hopes of lessening the burden of a 700.00 a month childcare bill for only 3 days a week of service. Am I to be ridiculed because I live in Philadelphia and pay the same taxes as everyone else??? We are one of the highest taxed cities in the nation! What is the incentive to even live here? Especially if you have a family?

Like · Reply · 1y

JA-1724

PHL_00008900

PHL_00008892

HOME | ABOUT | DATABASE | DONATE



**Steven Hartzell**
February 10, 2017

He died of led Poisoning led poison lol



CONTENT.JWPLATFORM.COM
**Curtis Deal Shooting**

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Steven%20Hartzell
Capture timestamp (UTC): Sat, 08 Jun 2019 14:38:29 GMT

PHL_00008892

| HOME | ABOUT | DATABASE | DONATE |

2y

**Steven Hartzell**
February 10, 2017

He died of led Poisoning led poison lol



CONTENT.JWPLATFORM.COM
**Curtis Deal Shooting**
Baltimore PD shooting of Curtis Deal

👍 Like          💬 Comment          ➡ Share

Document title: Plain View Project
Capture URL: https://www.plainviewproject.org/data?city=philadelphia&amp;name=Steven%20Hartzell
Capture timestamp (UTC): Sat, 08 Jun 2019 14:38:29 GMT