# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTIAN FENICO, THOMAS YOUNG, THOMAS GACK, EDWARD MCCAMMITT, TANYA GRANDIZO, ANTHONY ANZIDEO, ANTHONY ACQUAVIVA, KRISTINE AMATO, JOSEPH PRZEPIORKA, WILLIAM BOWDREN, RAPHAEL MCGOUGH, and FRANCIS T. SHERIDAN,** <br>    Plaintiffs, <br><br> v. <br><br> **CITY OF PHILADELPHIA,** <br>    Defendant. | CIVIL ACTION <br><br><br><br> NO. 20CV3336 |
| **MICHAEL MELVIN, DANIEL FARRELLY, BRION MILLIGAN, MARK PALMA, ROBERT BANNAN, JESUS CRUZ, STEVEN HARTZELL, and JOSEPH FOX,** <br>    Plaintiffs, <br><br> v. <br><br> **CITY OF PHILADELPHIA,** <br>    Defendant. | CIVIL ACTION <br><br><br><br> NO. 21CV3209 |

## O R D E R

**AND NOW**, this 7th day of October, 2024, pursuant to Fed. R. Civ. P. 42(a)(1), **IT IS HEREBY ORDERED** that the above-captioned matters are joined for trial to begin on **November 4, 2024**.

**IT IS FURTHER ORDERED** that the paragraphed numbered "2" of the Order Granting the Joint Motion Regarding Scheduling (20-cv-3336 at ECF No. 76; 21-cv-3209 at ECF No. 76) is **HEREBY VACATED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**