**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTIAN FENICO, THOMAS YOUNG, THOMAS GACK, EDWARD MCCAMMITT, TANYA GRANDIZO, ANTHONY ANZIDEO, ANTHONY ACQUAVIVA, KRISTINE AMATO, JOSEPH PRZEPIORKA, WILLIAM BOWDREN, RAPHAEL MCGOUGH, and FRANCIS T. SHERIDAN,** | **CIVIL ACTION** |
|         **Plaintiffs,** | **NO.  20CV3336** |
|     v. | |
| **CITY OF PHILADELPHIA,** | |
|         **Defendant.** | |

| | |
|---|---|
| **MICHAEL MELVIN, DANIEL FARRELLY, BRION MILLIGAN, MARK PALMA, BRIDGET BANNAN, JESUS CRUZ, STEVEN HARTZELL, and JOSEPH FOX,** | **CIVIL ACTION** |
|         **Plaintiffs,** | **NO.  21CV3209** |
|     v. | |
| **CITY OF PHILADELPHIA,** | |
|         **Defendant.** | |

## <u>ORDER</u>

**AND NOW**, this 28th day of October, 2024, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (20CV3336 at ECF No. 63; 21CV3209 at No. 63) and all responses and replies thereto (20CV3336 at ECF Nos. 79, 80, 81, 82, 93, 94, 95, 96, 97; 21CV3209 at Nos. 79, 87, 92, 93, 94, 95, 96), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED** with respect to all Plaintiffs and in accordance with an Opinion to follow.

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**

_____

**WENDY BEETLESTONE, J.**